**JOHNSON & PHAM, LLP**
Christopher Q. Pham, SBN: 206697
    E-mail: cpham@johnsonpham.com
Nicole Drey Huerter, SBN: 250235
    E-mail: ndrey@johnsonpham.com
6355 Topanga Canyon Boulevard, Suite 326
Woodland Hills, California 91367
Telephone:   (818) 888-7540
Facsimile:   (818) 888-7544

**ALLEN DYER DOPPELT + GILCHRIST PA**
Robert H. Thornburg (*pro hac vice application forthcoming*)
    E-mail: RThornburg@AllenDyer.com
1221 Brickell Ave., Suite 2400
Miami, Florida 33131
Telephone:   (305) 374-8303
Facsimile:   (305) 374-8306

Attorneys for Plaintiff
AMERICAN RIVER NUTRITION LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN RIVER NUTRITION, LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br>v.<br><br>BEIJING GINGKO GROUP BIOLOGICAL TECHNOLOGY CO., LTD, a Chinese Limited Company; JIANGSU XIXIN VITAMIN CO., LTD., a Chinese Limited Company; JINKE GROUP USA INC. d/b/a BEIJING GINGKO GROUP NORTH AMERICA, a California Corporation; and DOES 1-10, Inclusive, | Case No.: 8:18-cv-02201-JLS-JDE<br><br>**FIRST AMENDED COMPLAINT FOR DAMAGES:**<br><br>**(1) INFRINGEMENT OF THE PATENT-IN-SUIT (U.S. PATENT NO. 6,350,453 B1) [35 U.S.C. § 271(g)];**<br>**(2) INFRINGEMENT OF THE PATENT-IN-SUIT (U.S. PATENT NO. 6,350,453 B1) [35 U.S.C. § 271(b)];**<br><br>**DEMAND FOR JURY TRIAL** |

**First Amended Complaint for Patent Infringement**
- 1 -

Defendants.

Plaintiff American River Nutrition, LLC ("ARN"), hereby complains of Defendants Beijing Gingko Group Biological Technology Co., Ltd ("BGG China"), its related wholly owned subsidiary Jinke Group USA Inc., d/b/a Beijing Gingko Group North American ("BGG America") (both BGG China and BGG America are collectively herein referred to as "BGG") as well as dietary supplement maker Jiangsu Xixin Vitamin Co., Ltd. ("JXVC") (wherein BGG China, BGG America, and JXVC are collectively referred to as "Defendants") and DOES 1-10, and alleges as follows:

## PARTIES

1. ARN was formed on May 22, 2018, as a Delaware limited liability company located at 980 South Street, Suffield, CT 06078. ARN is registered to do business in the State of Massachusetts where it maintains its research and manufacturing facilities located at 333 Venture Way, Hadley, MA 01035. ARN is the successor-in-interest to American River Nutrition, Inc ("ARI").

2. ARN owns, by a July 1, 2018 assignment from ARI, United States Patent No. 6,350,453 B1 issued by the United States Patent & Trademark Office ("USPTO") on February 26, 2002, entitled "Tocotrienols and Geranylgeraniol from *Bixa Orellana* Byproducts." *See* **Exhibit A** (the "Patent-in-Suit"). ARN recorded the assignment with the USPTO on September 14, 2018. As addressed at www.AmericanRiverNutrition.com (the "ARN Website"), ARN specializes in the preparation, offer for sale and sale of tocotrienol nutritional products derived from "annatto" sourced from the *Bixa orellana* shrub using the methods claimed in the Patent-in-Suit (hereinafter the "Patented Processes"), including its **DELTA GOLD®** line of Vitamin E supplements (hereinafter the "Patented Product").

3. BGG China is a Chinese limited company located at Room 1706, Tower A, Building 1, Tianzuo International Center No. 12 Zhongguancun South

Ave., Haidian District, Beijing, China.  According to its website located at www.BGGWorld.com (the "BGG Website"), BGG China sources and then exports (for sale outside of China) dietary supplements, including those based on "organic fruit extracts, marine botanicals, natural vitamins, [and] herbal extracts[.]"  *See* http://bggworld.com/about-bgg/company-profile/ (last viewed Dec 12, 2018).  Of its nine "[k]ey products" BGG China admits it currently sells/exports "**TheraPrimE** (tocotrienols)" sourced from annatto.  *Id.*

4.  BGG also admits its "**TheraPrimE**™" dietary supplement is a "form of natural Vitamin E" extracted from annatto ("Implicated Product"):

> BGG provides tocotrienols . . . from annatto. While the different suppliers of tocotrienols fight amongst themselves saying 'our tocotrienols from palm are the best' . . . BGG takes the high road and leaves this decision up to our customers.  We are happy to recommend a specific tocotrienol for a specific application, or we can also provide all three sources for the "Ultimate Tocotrienol" product—a mixture of all the commercially produced sources.
>
> And it's not just this comprehensive offering allowing our customers to choose their source that separates BGG's tocotrienol offerings from other companies; we also are capable of providing industry-leading concentrations of tocotrienols. We offer tocotrienol oleoresin up to 90% pure while our competitors only provide their tocotrienols in the 50% – 70% pure range.

*See* http://bggworld.com/theraprime-alpha-tocopherols/ (last viewed Dec 12, 2018).

5.  JXVC is a Chinese limited company located at No. 38, Cixi Road, Shuyang Economic Development Zone, Jiangsu Province, China 22360.  JXVC "was founded in November, 2007 and is a professional manufacturer of natural vitamin E series products" including "mixed tocopherols."  *See* https://www.figlobal.com/hieurope/exhibitors/jiangsu-xixin-vitamin-co-ltd  (last viewed Dec 9, 2018).  Based on information obtained by ARN, JXVC sources,

extracts and makes the Implicated Product for BGG China. Upon further information and belief, JXVC is owned and/or closely affiliated with BGG China.

6. JXVC utilizes "Annatto Extract" to create "[o]il derived from the seed of *Bixa Orellana*" to obtain 85 to 100 % annatto tocotrienol (with the remainder between 0 to 15% MCT Oil) which JXVC refers to as "Annatto Tocotrienols 70." *See* **Exhibit B**, March 2018 Standardized Information of Dietary Ingredients (SIDI) Report (Ver. 3). *Bixa orellana* (also known as "achiote") is the shrub which is a now known source of annatto – obtained from the waxy arils (seed outgrowth) that cover the *bixa orellana* seeds. *See* https://en.wikipedia.org/wiki/Bixa_orellana (last viewed Dec 12, 2018).

7. BGG America is a California corporation located at 18301 Von Karman Avenue, Suite 910, Irvine, CA 92612. Upon information and belief, BGG America is the wholly owned subsidiary of BGG China and is tasked with the importation, marketing, advertisement, sale, and distribution of dietary supplements sourced from BGG China, including the Implicated Product manufactured by JXVC in China.

8. BGG America is the owner of U.S. Trademark Registration 5,098,943 for the mark **TheraPrimE**, issued by the USPTO on December 13, 2016 in International Class 05 for "Natural Vitamin E" (the "**TheraPrimE** Registration"). According to the **TheraPrimE** Registration, BGG America first imported and sold the Implicated Product within the United States in January 2015.

9. According to BGG America's 2015 dated marketing information, their "industry-leading family of Vitamin E products called **TheraPrimE**™" are "produced derived from . . . annatto" which allows for "industry leading concentrations of tocotrienols . . . [including] tocotrienol oleoresin up to 90% pure[.]" *See* **Exhibit C**, Tocotrienols: Vitamin E for the New Millennium.

10. Prior to beginning their early 2015 sale of **TheraPrimeE**-branded annatto tocotrienol imported from BGG China, BGG America sourced natural Vitamin E supplements from ARI.

11. The true names and capacities, whether individual, corporate, associate, or otherwise, of Defendants herein named as DOES 1-10, inclusive, are unknown to Plaintiff. Plaintiff therefore sues Defendants by such fictitious names. When the true names and capacities of said Defendants have been ascertained, Plaintiff will amend this pleading accordingly.

12. Plaintiff further alleges that the named defendants and DOES 1-10, inclusive, sued herein by fictitious names, are jointly, severally, and concurrently liable and responsible upon the causes of action hereinafter set forth.

13. Plaintiff is informed and believes and thereon alleges that at all times mentioned herein the named defendants and DOES 1-10, inclusive, and each of them, were the agents, servants, and employees of every other Defendant, and the acts of each Defendant, as alleged herein, were performed within the course and scope of that agency, service, or employment.

## JURISDICTION AND VENUE

14. This Complaint states a cause of action for patent infringement arising under the laws of the United States, 35 U.S.C. § 100, et seq. - and more particularly, 35 U.S.C. §§ 271 and 281. The Court has subject-matter jurisdiction under 28 U.S.C. §§ 1131 and 1138(a).

15. Upon information and belief, Defendants conduct business throughout the United States, including within this judicial district, and have committed the acts complaint of in this judicial district and elsewhere.

16. Upon information and belief, Defendants conduct business at least in California, including in this judicial district, and have committed the acts complaint of in this judicial district and elsewhere.

17. Venue is proper in this judicial district under 28 U.S.C. § 1400(b).

## ALLEGATIONS FOR ALL CLAIMS

### The Patent-in-Suit

18. Tocotrienols are antioxidants believed to be useful in treatment of cardiovascular disease as well as cancer. Certain types of tocotrienols (specifically *delta*-tocotrienols and *gamma*-tocotrienols) have been identified as effective suppressants of cholesterol activity. Likewise, they have been found to help reduce lipoprotein plasma levels.

19. Traditionally, tocopherols and tocotrienols were sourced from vegetable oils, such as rice bran, soybean, corn, and palm oils. More recently, however, tocotrienols have been discovered in the seeds of the *Bixa orellana* shrub, which is native to tropical parts of America (generally grown between 15 to 20 degrees from the equator). Each source of tocotrienols generally contains more than a single tocol homolog.

20. Previously, it has been difficult to recover large yields of *delta*-tocotrienols and *gamma*-tocotrienols as tocotrienols are largely difficult to separate. Put another way, the isolation of specific tocotrienols from natural sources has proved challenging. As such, there has been a need in the art of preparing tocotrienols to allow for higher yields of specific homologs, specifically *delta*-tocotrienols and *gamma*-tocotrienols, for dietary and therapeutic use. Moreover, this has been especially true with regards to recovery based upon the seeds of the *Bixa Orellana* shrub.

21. Patent Application Serial No. 09/577,086 was filed on May 24, 2000, before the USPTO, listing Dr. Barrie Tan and John Foley as co-inventors (the "Application-in-Suit"). The Application-in-Suit was assigned to ARI.

22. The underlying technology using the Patented Processes teaches a byproduct solution of *Bixa Orellana* seed components, which is obtained as an oily material after removing the bulk annatto – whereby removal is achieved from aqueous extract or solvent extract of annatto seeds. Tocotrienol components are

recovered from the extracts. As such, one of the inventions taught in the Application-in-Suit was a method of forming a tocotrienol composition, which may include volatizing solvent from a byproduct solution of *Bixa orellana* seed components to form thereby a tocotrienol composition.

23. On February 26, 2002, the USPTO issued the Patent-in-Suit based upon the Application-in-Suit.

24. Claim 1 of the Patent-in-Suit reads as follows:

> A method of forming a tocotrienol composition, comprising the step of volatizing a solvent from a byproduct solution of *Bixa orellana* seed components to form thereby said tocotrienol composition.

25. Claim 6 of the Patent-in-Suit reads as follows:

> The method of claim 1, therein the byproduct solution of *Bixa orellana* seed components includes a geranylgeraniol component.

26. Claim 7 of the Patent-in-Suit reads as follows:

> The method of claim 1, further including the step of distilling the geranylgeraniol component to separate thereby at least a portion of said geranylgeraniol component from said tocotrienol composition to form a geranylgeraniol distillate.

27. Claim 10 of the Patent-in-Suit reads as follows:

> The method of claim 7, further including the step of distilling a tocotrienol component of said tocotrienol composition to form a tocotrienol distillate and a bottoms stream.

28. The Patent-in-Suit remains valid, enforceable and subsisting.

29. Defendants' **TheraPrimeE®** line includes a tocotrienol composition formed using ARN's Patented Processes and continues to be sold in direct competition with ARN's commercial products. Upon information and belief, there

is no scientific and economically-feasible method of manufacturing Defendants' TheraPrimeE® line of products without using Patented Processes.

## CLAIM I

## INFRINGEMENT OF THE PATENT-IN-SUIT AGAINST DEFENDANTS BEIJING GINGKO GROUP BIOLOGICAL TECHNOLOGY CO., LTD.; JIANGSU XIXIN VITAMIN CO., LTD.; JINKE GROUP USA INC. d/b/a BEIJING GINGKO GROUP NORTH AMERICA; AND DOES 1-10, INCLUSIVE

## (U.S. PATENT NO. 6,350,453 B1)

## [35 U.S.C. § 271(g)]

30. ARN incorporates paragraphs 1 – 29 above of this Complaint.

31. This is a claim for patent infringement arising under the patent laws of the United States, Title 35 of the United States Code directed to all Defendants.

32. Defendants use, manufacture, prepare, blend, offer to sell, import from China, and sell within the United States a tocotrienol composition formed by practicing the Patented Processes claimed in the Patent-in-Suit.

33. According to **Exhibit C** (which was sourced from BGG America), the **TheraPrimeE®** line is a "form of natural Vitamin E . . . composed of eight distinct molecules . . . known as 'tocotrienols.'" *See* **Exhibit C**, Page 4. These include *delta*-Tocotrienols and *gamma*-Tocotrienols which "have proven antioxidant and anti-inflammatory activity as well as potential health benefits." *See id.* BGG further states that its "tocotrienol products come from our industry-leading family of Vitamin E Products called TheraPrimeE$^{TM}$" where the "products derived . . . available from BGG America" are "from annatto." *See* **Exhibit C** at Page 5.

34. BGG admits their "Tocotrienols from annatto are very different; they have extremely low levels of tocopherols, and contain approximately 90% *delta*-tocotrienol and 10% *gamma*-tocotrienol." *See* **Exhibit C** at Page 6.

35. Without authority, Defendants, through their agents, employees, and servants, are making, using, promoting, offering for sale, selling, supplying, and/or importing into the United States annatto tocotrienol dietary supplements and/or related compounds (blends) formed by practicing the method of at least Claims 1, 6, 7, and 10 of the Patent-in-Suit in violation of 35 U.S.C. §271(g).

36. Defendants' infringement is with knowledge of the Patent-in-Suit and is currently on-going. The products relating to Defendants' infringement include Defendants' **TheraPrimeE** line of annatto tocotrienol and its blends.

37. In light of Defendants infringement with knowledge of ARN's Patent, Defendants actions make this case exceptional.

38. Defendants' infringement of the Patent-in-Suit shall continue unless enjoined by this Court.

39. Because Defendants are offering products that directly compete with the products of ARI manufactured using the Patented Processes claimed in the Patent-in-Suit, Defendants' infringement of the Patent-in-Suit is irreparably harming ARN.

40. Unless Defendants are enjoined from infringing the Patent-in-Suit, Plaintiff will continue to suffer irreparable injury for which it has no adequate remedy at law.

41. Defendants continue to derive and receive advantages, gains, and profits from their infringement in an amount that is not presently known to ARN.

42. ARN is being irreparably harmed and is entitled to injunctive relief as well as monetary relief in an amount to be determined at trial.

## CLAIM II
## INFRINGEMENT OF THE PATENT-IN-SUIT AGAINST DEFENDANT JINKE GROUP USA INC. d/b/a BEIJING GINGKO GROUP NORTH AMERICA AND DOES 1-10, INCLUSIVE
## (U.S. PATENT NO. 6,350,453 B1)

**[35 U.S.C. § 271(b)]**

43. ARN incorporates paragraphs 1 – 29 above of this Complaint.

44. This is a claim for patent infringement arising under the patent laws of the United States, Title 35 of the United States Code directed to BGG America.

45. Defendants BGG China and JXVC, through their agents, employees, and servants, use, manufacture, prepare, blend, offer to sell, import from China, and sell within the United States a tocotrienol composition formed by practicing the methods of at least Claims 1, 6, 7 and 10 of the Patent-in-Suit within the United States.

46. According to Exhibit C (which was sourced from BGG America), the TheraPrimeE® line is a "form of natural Vitamin E . . . composed of eight distinct molecules . . . known as 'tocotrienols.'"  See Exhibit C, Page 4.  These include *delta*-Tocotrienols and *gamma*-Tocotrienols which "have proven antioxidant and anti-inflammatory activity as well as potential health benefits." See id.  BGG further states that its "tocotrienol products come from our industry-leading family of Vitamin E Products called TheraPrimeETM" where the "products derived . . . available from BGG America" are "from annatto."  See Exhibit C at Page 5.

47. BGG admits their "Tocotrienols from annatto are very different; they have extremely low levels of tocopherols, and contain approximately 90% delta-tocotrienol and 10% gamma-tocotrienol." See Exhibit C at Page 6.

48. ARI literature and labels display the number of the Patent-in-suit. With knowledge of the Patent-in-Suit, BGG America is actively inducing at least BGG China and JXVC to offer to sell, sell, or use within the United States a tocotrienol composition formed by practicing one or more claims of the Patent-in-Suit, including, for example, Claims 1, 6, 7, and 10 of the Patent-in-Suit, in violation of 35 U.S.C. § 271.

49. This infringement is currently on-going. The products relating to Defendants' infringement include Defendants' TheraPrimeE line of annatto tocotrienol and its blends.

50. In light of Defendants infringement with knowledge of ARN's Patent, Defendants actions make this case exceptional.

51. Defendants' infringement of the Patent-in-Suit shall continue unless enjoined by this Court.

52. Because Defendants are offering products that directly compete with the products of ARI manufactured using the Patented Processes claimed in the Patent-in-Suit, Defendants' infringement of the Patent-in-Suit is irreparably harming ARN.

53. Unless Defendants are enjoined from infringing the Patent-in-Suit, Plaintiff will continue to suffer irreparable injury for which it has no adequate remedy at law.

54. Defendants continue to derive and receive advantages, gains, and profits from their infringement in an amount that is not presently known to ARN.

55. ARN is being irreparably harmed and is entitled to injunctive relief as well as monetary relief in an amount to be determined at trial.

## PRAYER FOR RELIEF

AMERICAN RIVER NUTRITION LLC respectfully prays for:

A. an order adjudging that Defendants have infringed the Patent-in-Suit;

B. an order enjoining Defendants, as well as their officers, agents, representatives, servants, employees, contractors, and those in active concert and participation, from infringing the Patent-in-Suit;

C. an award of any and all available damages, including actual damages and/or a reasonable royalty, for Defendants' infringement of the Patent-in-Suit;

D. an award of AMERICAN RIVER NUTRITION LLC's prejudgment and post-judgment interest and costs;

- 11 -

E. an award to AMERICAN RIVER NUTRITION LLC of its attorneys' fees incurred in connection with this action; and

F. such other and further relief as this Court deems just and proper.

## **DEMAND FOR JURY TRIAL**

Plaintiff AMERICAN RIVER NUTRITION LLC respectfully demands a trial by jury in this action.

DATED: March 4, 2019         JOHNSON & PHAM, LLP

By: /s/ Nicole Drey Huerter
Christopher Q. Pham, Esq.
Nicole Drey Huerter, Esq.
Attorneys for Plaintiff
AMERICAN RIVER NUTRITION LLC