# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN RIVER NUTRITION, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BEIJING GINGKO GROUP BIOLOGICAL TECHNOLOGY CO., LTD., et al.,<br><br>　　　　　　Defendants. | Case No: 8:18-cv-02201-FLA (JDEx)<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE PRE-TRIAL DATES AND PLAINTIFF'S UNOPPOSED REQUEST TO CONTINUE HEARING ON DEFENDANTS' MOTION TO STRIKE [DKT. 145]** |

　　　The court has read and considered the joint stipulation filed by Plaintiff and Defendants to continue all remaining pre-trial dates as previously modified-in-part in this matter on January 28, 2021 [Dkt. 122], and Plaintiff's unopposed request to continue the hearing date on Defendants' motion to strike portions of Rockstraw expert report [Dkt. 112] due to a scheduling conflict on the date hearing on this motion was continued to by the court [Dkt. 144].

　　　IT IS HEREBY ORDERED that the joint stipulation and Plaintiff's unopposed request are hereby GRANTED.  The court modifies the pre-trial dates

in the Scheduling Order and the hearing date on Defendants' motion to strike AS FOLLOWS:

| Event | Old Date | New Date |
| --- | --- | --- |
| Hearing on Defendants' Motion to Strike Portions of Rockstraw Expert Report | April 23, 2021 at 1:30 p.m. | April 30, 2021 at 1:30 p.m. |
| Dispositive Motion Filing Deadline | March 26, 2021 | May 14, 2021 |
| Daubert Motion Filing Deadline | May 24, 2021 | July 16, 2021 |
| Motion in Limine Filing Deadline | June 18, 2021 | August 6, 2021 |
| Final Pre-Trial Conference | July 16, 2021, at 10:30 a.m. | October 1, 2021 at 3:00 p.m. |
| Trial Date | | October 19, 2021 at 8:30 a.m. |

IT IS SO ORDERED.

Dated: March 15, 2021

FERNANDO L. AENLLE-ROCHA
United States District Judge