# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN RIVER NUTRITION, LLC, a Delaware limited liability company,<br><br>                Plaintiff,<br>v.<br>BEIJING GINGKO GROUP BIOLOGICAL TECHNOLOGY CO., LTD., et al.,<br>                Defendants. | Case No. 8:18-cv-02201-FLA (JDEx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS'** *EX PARTE* **APPLICATION TO STRIKE PLAINTIFF'S EXCESSIVE STATEMENT OF "MATERIAL FACTS"**<br><br>Judge: Hon. Fernando L. Aenlle-Rocha |

Having considered Defendants Beijing Gingko Group Biological Technology Co., Ltd.; Jiangsu Xixin Vitamin Co., Ltd.; Jinke Group USA Inc. d/b/a Beijing Gingko Group North America; and Kyäni, Inc.'s *ex parte* application regarding Plaintiff American River Nutrition, LLC's Statement of Uncontroverted Facts (Dkt. 171-2), it is hereby ORDERED that Plaintiff's Statement of Uncontroverted Facts is stricken.

IT IS SO ORDERED.

DATED: _____   _____
The Honorable Fernando L. Aenlle-Rocha
United States District Judge