**ATTORNEYS' EYES ONLY**

GARY M. HNATH *(admitted pro hac vice)*
ghnath@mayerbrown.com
BRYAN NESE *(admitted pro hac vice)*
bnese@mayerbrown.com
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
Telephone:  (202) 263-3000
Facsimile:   (202) 263-3001

DOUGLAS A. SMITH (SBN 290598)
dougsmith@mayerbrown.com
MAYER BROWN LLP
350 S. Grand Ave., 25th Floor
Los Angeles, CA  90071-1503
Telephone:  (213) 229-9500
Facsimile:   (213) 625-0248

Attorneys for Defendants Beijing Gingko Group Biological
Technology Co., Ltd.; Jiangsu Xixin Vitamin Co., Ltd.; Jinke
Group USA Inc. d/b/a Beijing Gingko Group North America; and
Kyäni, Inc.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN RIVER NUTRITION, LLC, a Delaware limited liability company,<br><br>     Plaintiff,<br><br>  v.<br><br>BEIJING GINGKO GROUP BIOLOGICAL TECHNOLOGY CO., LTD., et al.,<br><br>     Defendants. | Case No. 8:18-cv-02201-FLA (JDEx)<br><br>**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT; DECLARATION OF RYAN T. BABCOCK; and [PROPOSED] ORDER**<br><br>Date:  July 2, 2021<br><br>Time:  1:30 p.m.<br>Place:  Courtroom 6B<br>Honorable Fernando L. Aenlle-Rocha<br>Am. Complaint Filed: Mar. 4, 2019 |

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED

## UNDER SEAL

**ATTORNEYS' EYES ONLY**

**TABLE OF CONTENTS**

I.      INTRODUCTION ...........................................................................................1

II.     FACTUAL BACKGROUND.........................................................................2

     A.      Asserted Claims of U.S. Patent No. 6,350,453........................2

     B.      Overview of the Court's Claim Constructions .......................3

     C.      BGG's Manufacture of Annatto Tocotrienol.........................4

     D.      BGG's Annatto Tocotrienol Process ......................................5

          1.      BGG's Starting Material ................................................5
          2.      Steps of the BGG Process ..............................................6

III.    LEGAL STANDARDS...................................................................................8

     A.      Summary Judgment.................................................................8

     B.      Patent Infringement................................................................8

IV.     ARGUMENT..................................................................................................9

     A.      BGG China's Actual Annatto Tocotrienol Manufacturing Process Does Not Infringe Any Asserted Claim of the '453 Patent. ..........................10

          1.      The BGG Process Used to Produce Annatto Tocotrienol at the Xixin Factory Does Not Infringe Claim 1.................10

          2.      The BGG Process Does Not Infringe Claims 5, 6, 7, and 10 of the '453 Patent .......................................................23

          3.      The BGG Process Used from 2007 – 2008 Does Not Infringe the Asserted Claims of the '453 Patent. ............24

          4.      The ███████ and SIDI Documents Do Not Reflect an Annatto Tocotrienol Manufacturing Process Ever Used by BGG...........................................................................26

     B.      ARN Fails to Show that BGG China's Acts Fall Under § 271(g)........28

     C.      The Rest of ARN's Arguments in its Motion for Partial Summary Judgment of Infringement of the '453 Patent Are Irrelevant. .............29

V.      CONCLUSION ............................................................................................30

# ATTORNEYS' EYES ONLY

## <u>TABLE OF AUTHORITIES</u>

**Page(s)**

**Cases**

*Anderson v. Liberty Lobby, Inc.*,
    477 U.S. 242 (1985) ................................................................................ 8

*Anhing Corp. v Thuan Phong Co. Ltd.*,
    cv-13-05167-BRO-(MANx), 2015 WL 11018526 (C.D. Cal. Apr. 23, 2015)............................................................................................................ 8

*Becton Dickinson & Co. v. C. R. Bard, Inc.*,
    922 F.2d 792 (Fed. Cir. 1990) .................................................................. 8

*Celotex Corp. v. Catrett*,
    477 U.S. 317 (1986) ............................................................................. 8, 9

*Exigent Tech., Inc. v. Atrana Sols., Inc.*,
    442 F.3d 1301 (Fed. Cir. 2006) ................................................................ 8

*Lucent Tech. Inc. v. Gateway, Inc.*,
    509 F. Supp. 2d 912 (S.D. Cal. 2007) .................................................... 12

*Momenta Pharms., Inc. v. Teva Pharms. USA, Inc.*,
    809 F.3d 610 (Fed. Cir. 2015) ................................................................ 29

*Novartis Corp. v. Ben Venue Labs, Inc.*,
    271 F.3d 1043 (Fed. Cir. 2001) ................................................................ 9

*Regents of Univ. of Cal. v. Dako N. Am., Inc.*,
    No. 05-03955 MHP, 2009 WL 1083446 (N.D. Cal. Apr. 22, 2009) .................... 8

*SIMO Holdings Inc. v. Hong Kong uCloudlink Network Tech. Ltd.*,
    983 F.3d 1367 (Fed. Cir. 2021) ............................................................. 8, 9

*Syngenta Crop Protection, LLC v. Willowood, LLC*,
    944 F.3d 1344 (Fed. Cir. 2019) ........................................................ 28, 29

**Statutes**

35 U.S.C. § 271(g)...................................................................................... 28

**ATTORNEYS' EYES ONLY**

**EXHIBITS TO THE DECLARATION OF RYAN T. BABCOCK IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

| Exhibit | Description |
|---|---|
| 1 | U.S. Pat. No. 6,350,453 (the "'453 patent") |
| 2 | Excerpts from the Deposition Transcript of Dr. Barrie Tan (Vol. II) |
| 3 | BGG Manufacturing Process Document BGG0000009-BGG0000020 |
| 4 | BGG Manufacturing Process Document BGG0000021-BGG0000032 |
| 5 | Excerpts from the Deposition Transcript of Dr. Yanmei Li (Vol. I) |
| 6 | Excerpts from the Deposition Transcript of Dr. Yanmei Li (Vol. II) |
| 7 | BGG China Production Run Batch Record 2007 (BGG0014435-463) |
| 8 | Infringement Expert Report of Dr. David Rockstraw (Served 12/21/2020) |
| 9 | Tocotrienol Content, Oil Concentration, and ▓▓▓▓▓ Testing of Annatto Oil for Lots shown in Exhibits 16-40 of O'Keefe Rebuttal Report on Non-Infringement (served 1/15/2021) |
| 10 | PL_108033-108035 |
| 11 | Rebuttal Report on Non-Infringement of Dr. Sean O'Keefe (served 1/15/2021) |
| 12 | Production Run Batch Record 2017 (BGG0014900-990) |
| 13 | Production Run Batch Record April 2020 (BGG0019687-790) |
| 14 | Production Run Batch Record October 2020 (BGG0020459-BGG0020643) |
| 15 | Supplemental Non-Infringement Report of Dr. Sean O'Keefe (served 2/14/2021) |
| 16 | Excerpts from the Deposition Transcript of Dr. Sean O'Keefe |
| 17 | Excerpts from the Deposition Transcript of Dr. David Rockstraw |
| 18 | Excerpts from the Deposition Transcript of Dr. Barrie Tan (Vol. I) |

**ATTORNEYS' EYES ONLY**

| Exhibit | Description |
|---------|-------------|
| 19 | Excerpts from the Deposition Transcript of Chunhua Li (Vol. II) |
| 20 | Excerpts from the Deposition Transcript of Dr. Yanmei Li (Vol. III) |
| 21 | ██████████████ document |
| 22 | September 2015 SIDI for Annatto Tocotrienols 70 (BGG0009518-9552) |
| 23 | Excerpts from the Deposition Transcript of Lixin Ding |
| 24 | Excerpts from the Deposition Transcript of Chunhua Li (Vol. III) |
| 25 | Excerpts from the Deposition Transcript of Geoff Belnap |
| 26 | Excerpts from the Deposition Transcript of Scott Seedall |
| 27 | Excerpts from the Deposition Transcript of Eric Myrup |
| 28 | Excerpts from the Deposition Transcript of Chris Holland |
| 29 | Excerpts from the Deposition Transcript of Logan Kinghorn |
| 30 | Excerpts from the Deposition Transcript of Michael Breshears |
| 31 | PL_114264 |
| 32 | Production Run Batch Record 2018 (BGG0019005-08) |
| 33 | Production Run Batch Record 2018 (BGG0019104-07) |

**ATTORNEYS' EYES ONLY**

## I.     INTRODUCTION

There is no legitimate dispute as to how Defendants' accused annatto tocotrienol manufacturing process operates, and this process does not practice the limitations of the asserted claims of the asserted patent (the "'453 patent"; Ex. 1[1]) as construed by the Court.

The '453 patent describes a process that starts with "a byproduct solution of *Bixa orellana* seed components" and removes solvent from this byproduct solution through "volatilization" (converting all of the solvent to a gas) to obtain a "tocotrienol composition" (claim 1). Distillation (separation of compounds based on boiling point) can then be used in order to obtain a tocotrienol component and a geranylgeraniol component (claims 7 and 10).

Defendant BGG China developed a very different process. It starts with "███████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

████████████ is far removed from "a byproduct solution of *Bixa orellana* seed components" as that term has been construed by the Court. *See* Dkt. 92 at 13.

ARN should have dropped this case once it lost the claim construction battle, but it has refused to do so. Since then it has been hard at work trying to keep this case alive by concocting a new infringement theory that it never disclosed during discovery (and is now the subject in part of BGG's motion to strike ARN's expert

---

[1] Unless specified otherwise, Exhibit numbers refer to the exhibits introduced by the Declaration of Ryan T. Babcock, filed concurrently herewith.

**ATTORNEYS' EYES ONLY**

report). Indeed, by its own account, ARN has grossly over-litigated this case at BGG's expense, demanding over twenty depositions, "over 100 hours of testimony, and over 7,000 pages of associated transcripts." Dkt. 186 at 1.

But its efforts have proved fruitless. As made plain by its bloated motion for summary judgment, which spends the first sixteen pages rambling on about dinners in California and what languages the parties' principals speak, ARN has little to say about the merits of infringement. As explained here, the facts plainly show that Defendants' accused process nowhere includes a step of "volatilizing a solvent from a byproduct solution of *Bixa orellana* seed components to form a tocotrienol composition," as those terms have been construed. ARN's attempt to argue otherwise is based on smoke and mirrors, taking bits and pieces of documents and deposition testimony grossly out of context.

Accordingly, ARN's motion for partial summary judgment of infringement as to asserted claims 1 and 5 should be denied, and Defendants respectfully request that the Court award summary judgment of no infringement in favor of Defendants. There is no legitimate dispute, based on the Court's claim constructions and the facts, that BGG's process does not infringe the '453 patent.

## II.    FACTUAL BACKGROUND

### A.    Asserted Claims of U.S. Patent No. 6,350,453

The only patent at issue is the '453 patent, which expired on May 24, 2020. ARN has asserted claims 1, 5, 6,[2] 7, and 10, which are reproduced below.

| CLAIM NO. | LIMITATION |
| --- | --- |
| 1 | A method of forming a tocotrienol composition, comprising the step of volatilizing a solvent from a byproduct solution of *Bixa orellana* seed components to form thereby said tocotrienol composition. |

---

[2] Defendants dispute that ARN has properly asserted claim 6. This issue is the subject of BGG's pending Motion to Strike. Dkt. 112.

2

**ATTORNEYS' EYES ONLY**

| CLAIM NO. | LIMITATION |
|---|---|
| 5 | The method of claim 1, wherein the solvent includes an alcohol. |
| 6 | The method of claim 1, therein the byproduct solution of *Bixa orellana* seed components includes a geranylgeraniol component. |
| 7 | The method of claim [6], further including the step of distilling the geranylgeraniol component to separate thereby at least a portion of said geranylgeraniol component from said tocotrienol composition to form a geranylgeraniol distillate. |
| 10 | The method of claim 7, further including the step of distilling a tocotrienol component of said tocotrienol composition to form a tocotrienol distillate and a bottoms stream. |

**B.    Overview of the Court's Claim Constructions**

On January 10, 2020, this Court issued an Order on Claim Construction (Dkt. 92). The Court's constructions for the terms of the '453 patent are listed below.

| TERM | CONSTRUCTION |
|---|---|
| A method of forming a tocotrienol composition [Preamble] | The parties agreed the preamble is non-limiting and did not need a definition |
| Tocotrienol composition | "a composition that contains at least tocotrienol and is formed by volatilizing the solvent from the byproduct solution of *Bixa Orellana*" |
| Volatilizing a solvent | "converting a solvent to a gas" |
| A byproduct solution of *Bixa Orellana* seed components | "a solution derived from *Bixa orellana* seed components having a concentration of annatto colorant significantly reduced from that of *Bixa orellana* seeds themselves and containing a tocotrienol component and a geranylgeraniol component, which solution is obtained as an oily material after removing the bulk of annatto colorant from the seeds" |
| Geranylgeraniol component | Plain and ordinary meaning |
| Geranylgeraniol distillate | "geranylgeraniol-containing solution that results from distillation of the tocotrienol composition" |
| Tocotrienol component | Plain and ordinary meaning |
| Tocotrienol distillate | "tocotrienol-containing solution that results from distillation of the tocotrienol composition" |

3

**ATTORNEYS' EYES ONLY**

| TERM | CONSTRUCTION |
|------|-------------|
| Bottoms stream | Plain and ordinary meaning |

The Court's adopted construction for "byproduct solution of *Bixa orellana* seed components" contains several requirements. Dkt. 92 at 13. The "byproduct solution" cannot be <u>any</u> solution distantly originated from *Bixa orellana* seeds. *Id.* ARN vigorously argued during claim construction that the "byproduct solution" term should encompass <u>any</u> annatto oil material derived from *Bixa orellana* seed components. That argument failed. *Id.* at 8-13. Specifically, the Court considered and rejected ARN's argument that BGG's proposed construction "'improperly limits the scope of the [byproduct solution] term exclusively to oily byproduct solutions." *Id.* at 10 (alterations in original).

These constructions make clear that "volatilizing a solvent from a byproduct solution of *Bixa orellana* seed components," as required by claim 1, means "converting … to a gas" a solvent from "a solution derived from *Bixa orellana* seed components …, which solution is obtained as an oily material after removing the bulk of annatto colorant from the seeds." *Id.* at 8-13. Nowhere does the Court's construction, when read in context of asserted claim 1, allow this volatilization to be "an intermediary step" in a process, nor does the patent's specification ever suggest such a broad reading. *Id.*; Ex. 1 at Figure 1, 3:66-5:46.

The Court also rejected ARN's position that "volatizing a solvent" means just removing part of the solvent, again siding with BGG and finding that this claim language requires the volatilization to be "aimed at a *whole* rather than a *portion* of solvent." Dkt. 92 at 7 (emphasis in original).

**C.**    <u>BGG's Manufacture of Annatto Tocotrienol</u>

Since 2014, BGG China has produced annatto tocotrienol at the Xixin factory in China. Ex. 6 at 249:22-254:19. BGG China contracted with JXVC to carry out the annatto tocotrienol manufacturing process. *Id.* at 256:9-258:3. BGG's manufacturing process used from 2014 until 2018 is described in BGG0000009-20

4

**ATTORNEYS' EYES ONLY**

(Ex. 3), and the process used since 2018 is described in BGG0000021-32 (Ex. 4). Annatto tocotrienol produced at the Xixin factory ███████████████████ ████████████████████████████████████████. Ex. 6 at 176:17-177:4. As described below, the 2014 and 2018 processes are nearly identical.

BGG China also produced annatto tocotrienol in 2007 and 2008 at another facility, which it leased from the Nankou factory in China for use in ███████ ████████████ Ex. 5 (Dr. Li Dep., Vol I) at 30:2-32:8; Ex. 6 (Dr. Li Dep., Vol. II) at 252:1-12. The annatto tocotrienol made in 2007/2008 was sufficient for use in the ██████ product until May 2015, when BGG's sales of the product ceased. The Nankou production process is described in Ex. 7 (Production Run Batch Record 2007 (BGG0014435-463), and is similar in most respects to the process later used in the Xixin facility. The vast majority of damages claimed by ARN in this case are based on tocotrienol made for Kyäni at the Xixin factory.

### D.    BGG's Annatto Tocotrienol Process

There is no dispute that the two processes used at the Xixin factory since 2014 are not materially different from each other. Ex. 8 (Rockstraw Rep. on Infringement) at ¶ 147. Accordingly, the non-infringement analysis here applies to both the BGG0000009 process and the BGG0000021 process, and all references herein to the "BGG Process" mean the process depicted in these two process documents. In addition to those two detailed process descriptions, BGG also produced batch records for every batch of annatto tocotrienol made at the Xixin factory, and ARN's representatives viewed the process during their October 2020 inspection. *See* Dkt. 155 at 20-22. That process is described below.

#### 1.    *BGG's Starting Material*

The BGG Process utilizes ████████████████████████ █████████████████████████████████████████████ ███████████████████████████ The leftover material is the "byproduct solution" according to the Court's claim construction. Although both

5

**ATTORNEYS' EYES ONLY**

ARN and its technical expert seek to end-run around the Court's construction for "byproduct solution" by proclaiming that any reference to "annatto oil" meets that definition, the Court's construction requires more. *See* Dkt. 92 at 13.

████████████████████████████████████████████████████████████████████████████████████████████████████████████

Thus, the material that BGG China receives from its supplier is no longer a "byproduct solution of *Bixa orellana* seed components," as construed by the Court. It is undisputed that BGG's supplier has ████████████████████████████████████████████████████, resulting in the material no longer being the solution that was "obtained as an oily material after removing the bulk of annatto colorant from the seeds." Dkt. 92 at 13.[3]

       *2.*    *Steps of the BGG Process*

████████████████████████████████████████████████████████████████████████████████████████████████████████████

---

[3] Dr. O'Keefe did not admit that the starting material is equivalent to the claimed "byproduct solution," as ARN argues. *See* Dkt. 172 at 19. He explained how BGG's annatto oil differs from a "byproduct solution" Ex. 11 at ¶¶ 94-95.

6

**ATTORNEYS' EYES ONLY**



7

**ATTORNEYS' EYES ONLY**

## III.   LEGAL STANDARDS

### A.   <u>Summary Judgment</u>

On summary judgment, the moving party bears the initial burden of showing the absence of a genuine dispute of material fact. *Celotex Corp. v. Catrett*, 477 U.S. 317, 323, 325 (1986). This occurs where "the evidence is such that a reasonable jury could return a verdict for the non-moving party." *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 248 (1985). "[S]ummary judgment may be appropriate if the nonmoving party rests merely upon conclusory allegations, improbable inferences, and unsupported speculation." *Anhing Corp. v Thuan Phong Co. Ltd.*, cv-13-05167-BRO-(MANx), 2015 WL 11018526, *9 (C.D. Cal. Apr. 23, 2015).

### B.   <u>Patent Infringement</u>

A determination of patent infringement entails a two-step process: first, the asserted claims are construed; second, the properly construed claims are compared to the accused product or process. *See Becton Dickinson & Co. v. C. R. Bard, Inc.*, 922 F.2d 792, 796 (Fed. Cir. 1990). A plaintiff will prevail in a patent infringement suit only if "every limitation set forth in a claim [is] found in an accused product or process exactly or by a substantial equivalent." *Id*. at 796.

ARN has the burden to establish that the accused process practices each element of the asserted claims. *See SIMO Holdings Inc. v. Hong Kong uCloudlink Network Tech. Ltd.,* 983 F.3d 1367, 1380 (Fed. Cir. 2021). "On an issue for which the opposing party will have the burden of proof at trial, the moving party need only point out 'that there is an absence of evidence to support the nonmoving party's case.'" *Regents of Univ. of Cal. v. Dako N. Am., Inc.*, No. 05-03955 MHP, 2009 WL 1083446, at *5 (N.D. Cal. Apr. 22, 2009). To meet this burden, "[n]othing more is required than the filing of a summary judgment motion stating that the patentee had no evidence of infringement and pointing to specific ways in which the accused systems did not meet the claim limitations." *Exigent Tech., Inc. v. Atrana Sols., Inc.*, 442 F.3d 1301, 1309 (Fed. Cir. 2006).

**ATTORNEYS' EYES ONLY**

Once the moving party meets this burden, the opposing party cannot rest on the mere allegation or denials of a pleading, but must go "beyond the pleadings and by [the party's] own affidavits, or by the 'depositions, answers to interrogatories, and admissions on file' designate 'specific facts showing that there is a genuine issue for trial.'" *Celotex Corp. v. Catrett*, 477 U.S. 317, 324 (1986). Nor may it rely solely on conclusory allegations unsupported by facts. *Novartis Corp. v. Ben Venue Labs, Inc.*, 271 F.3d 1043, 1054-55 (Fed. Cir. 2001) (affirming summary judgment in absence of "theoretical and factual foundation" for infringement allegations).

## IV.  ARGUMENT

ARN has failed to meet its burden to establish that the BGG Process practices each element of the asserted claims. *See SIMO*, 983 F.3d at 1380. ARN's motion should be denied, and this Court should enter summary judgment of non-infringement in favor of Defendants.

By way of this opposition, Defendants first present arguments as to why the actual BGG Process shown in BGG0000009-20 (Ex. 3) and BGG0000021-32 (Ex. 4), utilized at the Xixin factory, clearly does not infringe any asserted claim of the '453 patent, and why this Court should award Defendants summary judgment of no infringement of claims 1, 5-7, and 10. *See* Dkt. 140 at 8 ("If parties wish to cross-move for summary judgment, their counsel shall meet and confer to determine which party will move and which will oppose the motion for summary judgment.").

The BGG Process does not infringe claim 1 (or dependent claims 5-7 and 10) for at least the following reasons.

First, the processes used at the Xixin factory do not infringe. Most significantly, there is no step of "volatilizing a solvent" from a "byproduct solution of *Bixa orellana* seed components" based on the Court's claim constructions. █████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

**ATTORNEYS' EYES ONLY**

1 █████████████████████████████████████████████

2 █████████████████████████████████████████████

3 █████████████████████████████████████████████

4 █████████████████████████████████████████████

5 ███████████████████████████████ not an oily material and even further

6 removed from the oily material that was obtained after removing the bulk of annatto

7 colorant from the *Bixa orellana* seed components, per the Court's construction.

8 Second, the similar 2007 manufacturing process used by BGG China to

9 produce annatto tocotrienol for ████████ likewise does not infringe any claim.

10 Third, the process information relied upon by ARN contained within the

11 ████████ and SIDI documents does not reflect an annatto tocotrienol

12 manufacturing process that was ever used by Defendants, and thus is irrelevant.

13 Finally, Defendants dispose of the additional, irrelevant aspects of ARN's

14 meandering motion for partial summary judgment.

15 **A.    BGG China's Actual Annatto Tocotrienol Manufacturing Process**

16 **Does Not Infringe Any Asserted Claim of the '453 Patent.**

17 Claim 1, the sole independent claim of the '453 patent, makes clear that the

18 solvent must be volatilized "from a byproduct solution of *Bixa orellana* seed

19 components" Ex. 1 at cl. 1 (emphasis added). ARN ignores this fact and instead

20 seems to argue that if BGG's process utilizes some remnant of a byproduct solution

21 of *Bixa orellana* seeds components anywhere in its process, and volatilizes any

22 amount of some solvent anywhere in its process, it meets the limitations of claim 1.

23 *See* Dkt. 172 at 18-23. ARN's sweeping view of the scope of claim 1 is contrary to a

24 plain reading of the claim language and was roundly rejected by the Court when it

25 construed the claim. Summary judgment of non-infringement of the asserted claims

26 of the '453 patent is therefore appropriate.

27 *1.    The BGG Process Used to Produce Annatto Tocotrienol at the*

28 *Xixin Factory Does Not Infringe Claim 1.*

10

**ATTORNEYS' EYES ONLY**

The BGG Process used at the Xixin factory, as described in BGG0000009-20 (Ex. 3) and BGG0000021-32 (Ex. 4), does not volatilize solvent from a byproduct solution of *Bixa orellana* seed components, as defined by the Court, and does not form a tocotrienol composition by volatilizing solvent from the byproduct solution.

        a)      **The BGG Process does not perform a solvent volatilization step on any "byproduct solution" under the Court's construction.**

Nowhere in the BGG Process is solvent volatilized from a material that falls under this Court's construction for "byproduct solution."

        (1)    There is no "volatilizing a solvent"—that is, converting a solvent to a gas— ████████████████ ██████████████ in the BGG Process.

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
██████████████████████████████ This is a completely different process from volatilizing solvent from a "byproduct solution."

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████ . This is legally wrong and factually incorrect.

To support these allegations, ARN cites to 93 separate supposed "undisputed" factual entries in its original Statement of Facts accompanying its motion. Dkt. 172 at 26. None of these "facts" provide any evidence of volatilization of solvent.

For example, ARN relies on (1) supposed observations made by its technical expert, Dr. David Rockstraw, during the October 2020 Inspection of BGG's manufacturing facility and (2) mischaracterizations of the deposition of BGG China's Chief Scientific Officer (Dr. Yanmei Li*). Id.* Neither shows infringement.

11

**ATTORNEYS' EYES ONLY**

[REDACTED]

But simply speculating about what might happen falls short of proving infringement. *See Lucent Tech. Inc. v. Gateway, Inc.*, 509 F. Supp. 2d 912, 925-27 (S.D. Cal. 2007) (granting summary judgment of non-infringement where patentee's evidence of infringement was based on speculation).

In addition, ARN's statements do not accurately reflect Dr. Li's testimony. [REDACTED]

Ex. 5 at 91:17-92:9.

[REDACTED] A proper examination of the record reveals that there is no volatilization. ARN's speculation is supported solely by attorney argument, should be rejected, and should not preclude summary judgment in favor of BGG.

First, BGG's annatto tocotrienol batch records show that there is no significant [REDACTED]

**ATTORNEYS' EYES ONLY**

██████████████████████████████████████████████████████████

████████████████████████████████████████████ Thus, the BGG Process does not form a tocotrienol composition by "converting a solvent to a gas," as required by the Court's claim construction—█████████████████████████

██████████████████████████████████████████████████████████

███████████████████████████████████████████████

████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

███████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████ it would not satisfy the Court's construction. In rejecting ARN's proposal for "volatilizing a solvent," and adopting BGG's, the Court made clear that "the process of volatilizing a solvent as described throughout the Patent is aimed at a *whole* rather than a *portion* of solvent." Dkt. 92 at 8 (emphasis in original). Incidental evaporation of only a small amount of solvent, if it even occurs at all, cannot be said to be a process "aimed at" the "whole" of the solvent, as required by the Court's construction ("converting a solvent to a gas"). Were this the case, then merely leaving a "byproduct solution" in an open container and allowing it to dry could infringe this claim—a nonsensical and fundamentally unjust result. Thus, the '453 patent requires all of the solvent to be removed, not just part of it. *Id.*

No such step occurs in the BGG Process. ██████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

███████████████████████████████████████████

13

**ATTORNEYS' EYES ONLY**

1

2

3

4

5

6      In another attempt to manufacture an argument for infringement, ARN relies

7  on experiments conducted by both technical experts in this case in its effort to show

8  that BGG volatilizes solvent in the ████████████████ Dkt. 172 at 26-27.

9  Neither experiment supports ARN's position.

10

11

12

13

14

15      Accordingly, Dr. Rockstraw's experiment does not

16  reflect the BGG's Process and resulted in an inaccurate conclusion that

17  volatilization of solvent occurs. *Id.* It is entitled to no weight and does not raise a

18  genuine issue of fact.

19      Dr. O'Keefe's experiment, as opposed to Dr. Rockstraw's, ████████

20

21

22

23

24

25

26      ARN is mistaken when it alleges that Dr. O'Keefe stated "████████

27  ████████████████████████ *See* Dkt. 172 at 27.

28  Rather, a proper reading of Dr. O'Keefe's testimony shows his belief that no

14

**ATTORNEYS' EYES ONLY**

1  ████████████████████████████████████████████████████████

2  ████████████████████████████████████████████████████████

3  ████████████████████████████████████████████████████████

4  ████████████████████████        Dr. O'Keefe's experiment—far more accurate than Dr.

5  Rockstraw's—plainly shows that no volatilization of solvent occurs.

6       Thus, the evidence demonstrates that no removal of solvent via volatilization

7  occurs during BGG's ████████████████████████

8       **(a)    BGG does not utilize a "byproduct solution**

9       **of *Bixa orellana* seed components" in the**
   ████████████████████████████████████

10      In addition, ARN has failed to establish that the accused process volatilizes

11  solvent <u>from</u> a "byproduct solution," as that term has been construed.

12      Again, any allegedly volatilized material in the BGG Process must meet all

13  requirements of the Court's claim construction for the "byproduct solution." *See*

14  Dkt. 92 at 13; Section IV.A.1, *supra*. ARN has failed to demonstrate that it does.

15      For example, the starting material that BGG China receives from its suppliers

16  already falls outside the Court's construction of the "byproduct solution" term. *See*

17  Section II.D.I, *supra*. ████████████████████████████████████

18  ████████████████████████████████████████████████████████

19  ████████████████████████████████████████████████████████

20  ████████████████████████████████████████████████████████

21  ████████████████████████████████████████████████████████

22  ████████████████████████████████████████████████████████

23  ██████████████████████████████████████████

24      This solution now differs greatly from the starting material and is likewise not

25  a "byproduct solution" as construed by the Court. ████████████████████████

26  ████████████████████████████████████████████████████████

27  ████████████████████████████████████████████████████████

28  ████████████████████████████████████████████████████████

15

**ATTORNEYS' EYES ONLY**

1

2

3

4

5

6 ████████████████████████████████████ And it is certainly not the oily material

7 that was obtained after removing the bulk of annatto colorant from the *Bixa orellana*

8 seed components, as required by the Court's construction. It is materially different.

9            (2)    The ██████████████████ in the BGG

10                Process do not convert solvent from the claimed "byproduct solution" to a gas.

11

12     ARN alleges that volatilization of solvent from a byproduct solution occurs

13 during the "████████████████████████████████████████

14 █████████ Dkt. 172 at 28-29. ████████████████████████

15

16

17

18

19

20

21 ████████████████████████████████████████ this

22 material does not comport with the Court's construction for "byproduct solution."

23     ARN fails to demonstrate how the ████████████████ material

24 meets all of the requirements of the Court's construction for "byproduct solution."

*See* Dkt. 172 at 28-29. Instead, ARN misrepresents deposition testimony. *Id.* at 29.

25     For example, ARN alleges that Dr. Li testified that ██████████████████

26

27

28

16

**ATTORNEYS' EYES ONLY**

ARN likewise misrepresents Dr. O'Keefe's testimony when it argues that he

Thus, contrary to ARN's misrepresentations, Drs. Li and O'Keefe explained that the ██████████████████████████████ has different characteristics than the starting material and the material that ████████████. It is not a "byproduct solution." *See* Ex. 11 at ¶ 307.

Accordingly, the ██████████████████ in the BGG Process do not volatilize a solvent from a "byproduct solution," as defined by the Court.

**(a)   The** ██████████████████ **is not a "byproduct solution" because it does not contain a "geranylgeraniol component."**

17

**ATTORNEYS' EYES ONLY**

1       The Court's construction requires that the "byproduct solution" "contain[] a

2   tocotrienol component and a geranylgeraniol component." Dkt. 92 at 13. However,

3   at the step where ARN claims ███████████████████████████████████

4   ████████████████████████████████████ there is no "geranylgeraniol

5   component." Ex. 11 at ¶¶ 95-123; 148-150. Thus, in BGG's process, solvent is not

6   being volatilized away from a "byproduct solution" because the solution does not

7   contain a "geranylgeraniol component," (*Id.* at ¶¶ 148-150) as that term was

8   construed by the Court to have its plain and ordinary meaning as "a part of a

9   whole," *i.e.*, the geranylgeraniol part of the byproduct solution. Dkt. 92 at 13-15.

18

**ATTORNEYS' EYES ONLY**

1

2

3

4

5

6

7

8

9

10

11

12          In fact, a proper interpretation of Dr. Rockstraw's own analysis demonstrates

13    that it is

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFS.' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT
Case No. 8:18-CV-02201-FLA (JDEx)

**ATTORNEYS' EYES ONLY**

"███████████████████████████████████████
███████████████████████████

Dr. Rockstraw's table introduces additional test results from samples collected during ARN's October 20, 2020 plant inspection. Ex. 8 at ¶ 136. These results appear to show somewhat ██████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
██████████████████████████████████
███████████████████████████████████████

███████████ is not a "byproduct solution" because it does not contain a geranylgeraniol component, as required by the Court's construction.

      **(b)**    **The ethanol solution is not a "byproduct solution" because it is not "derived from" *Bixa orellana* seed components.**

The Court's definition of "byproduct solution" requires that it be "a solution derived from *Bixa orellana* seed components," not a solution that occurs in an intermediary step in the process. Dkt. 92 at 13. In fact, the Court already considered and rejected such an interpretation of the byproduct solution term. Dkt. 92 at 8-13.

For example, the Court found "persuasive" Defendants' position that when considered as a whole, the '453 patent's disclosures support that the byproduct solution is "the oily material obtained after removing the bulk of annatto colorant," and that an interpretation of the byproduct solution as not being this after-obtained oily material is "at odds" with the evidence. *Id.* at 8-10.

Thus, the claimed byproduct solution must be the initial material derived from the *Bixa orellana* seeds after removing the colorant from the seeds, must contain a tocotrienol and geranylgeraniol component, and must be oily. And the volatilization step performed by the patent must be an initial volatilization step to remove solvent

20

**ATTORNEYS' EYES ONLY**

from the starting oily material derived from *Bixa orellana* seed components when the annatto colorant is removed, not an intermediate step that occurs anywhere during the process. Dkt. 92 at 8-13.

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

████████████████████████████████ *Id*; Ex. 11 at ¶¶ 95-123. It no longer meets the construction for "byproduct solution."

        **(c)**    **The ethanol solution is not a "byproduct solution" because it is not an "oily material."**

████████████████████████ BGG's Process, the tocotrienol ███████████████████████████████████████████

███████████████████████ is not an "oily material" as required by the Court's construction for "byproduct solution." *Id*.; Ex. 11 at ¶¶ 95-123.

For example, ██████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

█████████████████████ This solution would not appear "oily" if one were to touch it, ████████████████████████████

21

**ATTORNEYS' EYES ONLY**

████████████████████████████████ Ex. 12; and Ex. 13; Ex. 14; Ex. 32; Ex. 33 (additional Production Run Batch Records).

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████████████████████████ at this stage of the process is not an "oily material" per the Court's construction for "byproduct solution"; ████████████████████████ to be characterized as "oily."

As Dr. O'Keefe explained during his deposition, ████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████████ is not an "oily material," as required by the Court's claim construction for the "byproduct solution" term.

         **b)**    **The BGG Process separates tocotrienol composition ██████████████████████, not by "volatilizing a solvent."**

Claim 1 of the '453 patent recites the step of forming a "tocotrienol composition" by "volatilizing solvent from a byproduct solution of *Bixa orellana* seed components." Ex. 1 at cl. 1. The Court construed "volatilizing a solvent" as "converting a solvent into a gas," and so claim 1 requires forming a "tocotrienol composition" by converting to a gas a solvent from the "byproduct solution." The BGG Process does not form a "tocotrienol composition" by converting a solvent to a

22

**ATTORNEYS' EYES ONLY**

1   gas. Instead, ████████████████████████████████████

2

3       In his rebuttal report, Dr. O'Keefe explained the differences between solvent

volatilization, distillation, and ████████████████████████ Ex. 11 at ¶¶

4   20-21. ████████████████████████████████████████████████

5   ████████████████████████████████████████████████████████

6   ████████████████████████████████████████████████████████

7   ████████████████████████████████████████ *Id*. Distillation

8   and volatilization, on the other hand, rely on evaporation to boil away components

9   of interest from the rest of a solution, instead of separation by affinity by binding to

10   a stationary phase. *Id*.

11   ████████████████████████████████████████████████████████

12   ████████████████████████████████████████████████████████

13   ████████████████████████████████████████████████████████

14   ████████████████████████████████████████████████████████

15   ████████████████████████████████████████████████████████

16   ████████████████████████████████████████████████████████

17   ████████████████████████████████████████████████████████

18   ████████████████████████████████████████████████████████

19   ████████████████████████████████████████████████████████

20   ████████████████████████████████████████████████████████

21   ████████████████████████████████████████████████████████

22   ████████████████████████████████████████████████████████

23   ████████████████████████████████████████████████████████

24   ████████████████████████████████████████████

25        2.    <ins>*The BGG Process Does Not Infringe Claims 5, 6, 7, and 10 of*</ins>

26         <ins>*the '453 Patent*</ins>

27       ARN has failed to demonstrate that the BGG Process meets all limitations of

28   independent claim 1 of the '453 patent. Since there is no infringement of claim 1,

23

**ATTORNEYS' EYES ONLY**

and asserted claims 5-7 and 10 all depend from claim 1, ARN has likewise failed to show that the BGG Process infringes claims 5-7 and 10.

>    3.    *The BGG Process Used from 2007 – 2008 Does Not Infringe the Asserted Claims of the '453 Patent[4].*

The parties agree that the annatto tocotrienol manufacturing process utilized by BGG China during the 2007-2008 time period for product sold to ███████ is largely the same as depicted in BGG0000009-20 and BGG0000021-32. *See* Ex. 5 at 53:23-54:3, 54:18-55:5; Ex. 11 at ¶ 77.

Just as with the processes described in BGG0000009 and BGG0000021, the use of ████████████████████ was the core of BGG's circa 2007 annatto tocotrienol production process. This is not surprising – ████████████████ ████████████████████████████████████████████ ████████████████████████. *See* Ex. 20 (Y. Li Dep., Vol. III) at 104:5-7. No volatilization occurs on anything meeting the Court's construction for a "byproduct solution" in the 2007 process. Ex. 7 (2007 Batch Record (BGG0014435-63)).

Indeed, a review of the 2007 batch records confirms the similarity between the processes, with minor differences in that the 2007 process ███████████ ████████████████████████████████████████████ ████████████████████████ *See generally* Ex. 7. Thus, the 2007 process does not infringe the claims of the '453 patent for the same reason that the currently used process does not infringe.

ARN's reliance on these records in an attempt to show infringement is based on attorney argument and speculation, unsupported by any fact or expert testimony, and therefore does not raise a genuine dispute of fact that would preclude summary

---

[4] ARN did not reference the 2007 process records in the report of its technical expert, nor in its Infringement Contentions. Thus, ARN's reliance on these records to evidence infringement is another example of ARN's "trial by ambush" approach to this litigation. That approach should be rejected for the same reasons raised in Defendants' currently pending motion to strike. *See* Dkt. 112.

24

**ATTORNEYS' EYES ONLY**

judgment in favor of BGG. For example, ███████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

█████████████████████████████████████████████████

██████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

███████████████████████████████████

After misinterpreting the 2007 production records, ARN stretches its
arguments even further, this time relying on testimony not specific to annatto
tocotrienol. *See* Dkt. 172 at 21. For example, ARN cherry-picks fragments from the
deposition of BGG China's Chairman Chunhua Li, alleging that he testified that

25

**ATTORNEYS' EYES ONLY**

Since ARN fails to demonstrate that BGG's annatto tocotrienol manufacturing process utilized at the Nankou factory meets all limitations of independent claim 1, it also fails to show that the process from that time meets all limitations of asserted claims 5-7 and 10, which depend from claim 1. Instead, summary judgment of non-infringement as to that process is appropriate.

    4.    *The* ████████ *and SIDI Documents Do Not Reflect an Annatto Tocotrienol Manufacturing Process Ever Used by BGG.*

In its summary judgment motion, ARN yet again relies on information contained within the "████████ and "SIDI" documents that do not describe a process used by BGG China to produce annatto tocotrienol. *See* Dkt. 172 at 8-9, 11, 13-15, 19-30. Defendants have made abundantly clear to ARN that the ████████

_____

[5] ARN again misrepresents the record in arguing that witnesses testified that "the Nankou Factory ████████████████████████████████." *See* Responses to SOF 143, 156.

26

**ATTORNEYS' EYES ONLY**

and SIDI documents are not accurate depictions of the actual process used by BGG China. *See* Dkt. 176 at 13-15. Witnesses in this case with knowledge of BGG's actual manufacturing process consistently explained that the process information contained within these ███████ and SIDI documents does not describe an actual process ever used by BGG. Ex. 20 (Y. Li Dep., Vol. III) at 97:20-98:6, 104:1-15, 109:1-11, 137:18-24, 142:1-21, 145:23-146:14, 143:1-18.

ARN mischaracterizes the nature of these documents. As numerous witnesses testified, they were used by BGG for marketing purposes and to provide information about the safety and characteristics of the product, not for details about BGG's manufacturing process. *Id.* As Dr. Li, the author of the documents, testified, BGG was reluctant to disclose details of its proprietary process in these documents, which were available to BGG's customers and the public. Defendants' Statement of Genuine Disputes of Material Fact at Entries 494-505.

This fact was made plain to ARN during the deposition of BGG China's Chief Scientific Officer, Dr. Li. During her deposition, Dr. Li verified under oath that the only processes BGG has ever used to produce annatto tocotrienol were those described in BGG0000009-37—just as Defendants have told ARN since the outset of this litigation. *See* Ex. 20 (Y. Li Dep., Vol. III) at 108:6-109:11, 117:11-15, 138:21-140:20, 144:11-22; *see also* Ex. 5 (Y. Li Dep., Vol. I) at 53:15-22; Dkt. 120-2 (2019 Rog Resps.) at 11-12, 14-17 (referring to BGG0009-37 as the process used).

The other fact witnesses in this case are not knowledgeable of the details of the actual annatto tocotrienol process utilized by BGG China, and thus any purported evidence that ARN may posit based on their testimony is meaningless, lacks foundation, and is nothing more than speculation. Dkt. 176 at 6-12. BGG has produced all of its batch records for every lot of annatto tocotrienol it has ever made, and they <u>all</u> correspond to the process described by Dr. Li. ARN offers not a shred of evidence that BGG has ever used the processes corresponding to the flow charts contained in the ███████ and SIDI documents.

**ATTORNEYS' EYES ONLY**

ARN touts testimony from "[a]ll four BGG North America executives about what the "SIDI Flow Chart" disclosed (Dkt. 172 at 28), but in each case, they simply responded to leading questions about what was on the face of the documents. None of them had knowledge about BGG's actual process; their testimony about what the charts "disclosed" is meaningless.

In sum, the ▉▉▉▉▉▉ and SIDI documents do not disclose a tocotrienol manufacturing process ever used by Defendants, and thus are irrelevant to whether the actual manufacturing process infringes the '453 patent and do not raise any genuine issue of material fact that would preclude summary judgment in favor of BGG. Nevertheless, if considered at all, Dr. O'Keefe has offered opinions in his rebuttal report on non-infringement explaining why these process descriptions likewise do not infringe the asserted claims of the '453 patent. Ex. 11 ¶¶ 153-280

**B.    ARN Fails to Show that BGG China's Acts Fall Under § 271(g).**

In addition to its failure to show that the accused process meets all elements of claim 1 of the '453 patent, ARN has also failed to show that BGG China engaged in any domestic activities that would trigger liability under 35 U.S.C. § 271(g).

ARN's only basis for accusing BGG China of infringement is § 271(g). Dkt. 42 at §§ 37-42; Dkt. 172 at 23. Section 271(g) can create liability for foreign activities when a product made by a patented process is imported into the US:

> [w]hoever without authority imports into the United States or offers to sell, sells, or uses within the United States a product which is made by a process patented in the United States shall be liable as an infringer, if the importation, offer to sell, sale, or use of the product occurs during the term of such process patent

35 U.S.C. § 271(g) (emphasis added); *see also Syngenta Crop Protection, LLC v. Willowood, LLC*, 944 F.3d 1344, 1363 (Fed. Cir. 2019) ("[P]racticing a patented process abroad does not trigger liability under § 271(g) in the same manner that practicing a patented process domestically does under § 271(a)" (emphasis added).).

**ATTORNEYS' EYES ONLY**

Thus, § 271(g) requires some domestic activity. *Syngenta Crop*, 944 F.3d at 1360 (§ 271(g) "is not predicated on practicing the claimed process, but rather on importing, offering for sale, selling, or using a product" made by the patented process); *see also Momenta Pharms., Inc. v. Teva Pharms. USA, Inc.*, 809 F.3d 610, 615 (Fed. Cir. 2015) (requiring the importation of a "product which is made by a process patented in the United States" for liability under § 271(g)).

ARN has failed to identify any domestic activity by BGG China here. █████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ BGG China is entitled to summary judgment of no infringement of the '453 patent for this additional reason. *See Syngenta Crop Protection, LLC v. Willowood, LLC*, 944 F.3d 1344, 1363-4 (Fed. Cir. 2019) (affirming district court's determination that § 271(g) infringement did not apply where Chinese entity did not import product into the United States, or sell or offer for sale product within the United States).

**C.**   **The Rest of ARN's Arguments in its Motion for Partial Summary Judgment of Infringement of the '453 Patent Are Irrelevant.**

Instead of addressing whether BGG's actual manufacturing process infringes, ARN spends twelve pages of its brief penning half-truths and misrepresenting the record in an effort to falsely depict BGG China as "stealing" ARN's sales of annatto tocotrienol to █████ and Kyäni (who ARN has also now sued for infringement) by way of "reverse engineering" ARN's annatto tocotrienol technology. Dkt. 172 at 3-15. This is not true, and Defendants unequivocally deny these conclusory statements that are based on a twisting of the factual record.

Defendants will address these untrue allegations at the proper time. But because they have nothing to do with the issue before the Court here (whether the

29

**ATTORNEYS' EYES ONLY**

BGG Process meets all limitations of the asserted claims), that time is not now.

Additionally, not only does ARN rely on ███████ and SIDI documents that are irrelevant to the issue of infringement here, but ARN also argues that manufacturing information for palm tocotrienol is somehow relevant—alleging it is undisputed that "████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████ Dkt. 172 at 21. ARN's assertion that this is undisputed is incorrect. ARN cites to entries 101-107 in its SOF for support, yet none of this evidence supports that BGG China "████████████████████████████

█████████████████████████████████████████ Dkt. 172 at 21.

Instead of "███████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

███████████████████ Ex. 18 at 139:1-140:15.

## V.   CONCLUSION

For at least the above reasons, ARN has failed to show infringement by the actual BGG Process. Quite the opposite: the undisputed evidence shows that it does <u>not</u> infringe this patent. The uncontroverted facts clearly establish that no infringement of claim 1 by Defendants has occurred. Since there is no infringement of claim 1, and the remaining asserted claims (claims 5, 6, 7, and 10) all depend from claim 1, none of the asserted claims are infringed. For at least the reasons stated herein, Defendants respectfully request that the Court award summary judgment of no infringement for each asserted claim of the '453 patent.

**ATTORNEYS' EYES ONLY**

Respectfully submitted,         */s/ Gary M Hnath*

Date: June 4, 2021         Gary M. Hnath (Admitted *pro hac vice*)
ghnath@mayerbrown.com
Bryan Nese (Admitted *pro hac vice*)
bnese@mayerbrown.com
Clark S. Bakewell (Admitted *pro hac vice*)
cbakewell@mayerbrown.com
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
Telephone:   (202) 263-3000
Facsimile:   (202) 263-3001

Douglas A. Smith (SBN 290598)
dougsmith@mayerbrown.com
MAYER BROWN LLP
350 S. Grand Ave., 25th Floor
Los Angeles, CA 90071-1503
Telephone:   (213) 229-9500
Facsimile:   (213) 625-0248

Graham M. Buccigross (SBN 234558)
gbuccigross@mayerbrown.com
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone:   (650) 331-2000
Facsimile:   (650) 331-2060

Ryan T. Babcock (Admitted *pro hac vice*)
rbabcock@mayerbrown.com
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020-1001
Telephone:   (212) 506-2197
Facsimile:   (212) 262-1910
*Attorneys for Defendants Beijing Gingko*
*Group Biological Technology Co., Ltd.;*
*Jiangsu Xixin Vitamin Co., Ltd.; and Jinke*
*Group USA Inc. d/b/a Beijing Gingko Group*
*North America*

31