ALLEN DYER DOPPELT & GILCHRIST PA
Robert H. Thornburg (*admitted pro hac vice*)
        E-mail: rthornburg@allendyer.com
1221 Brickell Ave., Suite 2400
Miami, Florida 33131
Telephone:   (305) 374-8303
Facsimile:    (305) 374-8306

Ryan T. Santurri (*admitted pro hac vice*)
        E-mail:  rsanturri@allendyer.com
255 S. Orange Avenue, Suite 1401
Orlando, Florida 32801
Telephone: (407) 841-2330
Facsimile: (407) 841-2343

Attorneys for Plaintiff
AMERICAN RIVER NUTRITION LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN RIVER NUTRITION, LLC,<br><br>            Plaintiff,<br><br>      v.<br><br>BEIJING GINGKO GROUP BIOLOGICAL TECHNOLOGY CO., LTD., et al.,<br><br>            Defendants. | Case No: 8:18-cv-02201- FLA (JDEx)<br><br>**PLAINTIFF'S REDACTED MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANTS FOR INFRINGEMENT OF THE PATENT-IN-SUIT (U.S. PATENT NO. 6,350,453 B1) UNDER 35 U.S.C. § 271(G) AS TO CLAIMS 1 AND 5 FILED PURSUANT TO ORDER OF THE COURT DATED JUNE 10, 2021 [ECF Dkt. 211]**<br><br>**[Fed. R. Civ. P. 56]**<br><br>**Hearing Date**:  July 2, 2021<br>**Time**:              1:30 P.M.<br>**Location**:       350 W. 1st Street<br>                  Los Angeles, CA 90012<br>**Courtroom**: 6B (6th Floor)<br><br>**Complaint filed**:            12/12/2018<br>**Pre-Trial Conference**:    10/01/2021<br>**Trial Date**:                    10/19/2021<br><br>**Hon.**:  Fernando L. Aenlle-Rocha |

REDACTED MEMORANDUM OF POINTS AND AUTHORITIES

# TABLE OF CONTENTS

TABLE OF AUTHORITIES ....................................................................................iii

I.  THE PATENT-IN-SUIT AND CONSTRUCTED CLAIMS 1 AND 5 ............... 1

II.  FACTUAL BACKGROUND ........................................................................... 3

   A.  BGG's Sales of Annatto Tocotrienols to ███████████████ ........ 3

      1.  BGG China, its Subsidiary BGG North America, and ███████ ......... 3

      2.  BGG's Introduction to Dr. Tan, the Patent, and ARN's technology ...... 5

      3.  BGG China's Late 2007 Efforts to Reverse Engineer
         the '453 Patent ................................................................. 6

      4.  BGG's Stealing of Annatto Tocotrienol Sales
         for the ██████████ ................................................................. 7

   B.  BGG's Sales of Annatto Tocotrienols for Kyäni Sunset ████████ ...... 9

      1.  Overview of Kyäni and Dr. Tan's Formulation of Kyäni Sunset ........... 9

      2.  Kyäni's Initial Discussions with BGG regarding the '453 Patent ......... 11

      3.  The Nankou Factory Shutdown and Joint Venture
         with Jiangsu Xixin ............................................................. 12

      4.  Byproduct Solution Purchased for Jiangsi Xixin and
         Process Flow Charts ........................................................... 13

III.  LEGAL AUTHORITY ................................................................................... 15

IV.  INFRINGEMENT OF CLAIMS 1 AND 5 OF THE '453 PATENT ............. 18

   A. Import, Offer for Sale, and Sale by BGG for ██████████ ......... 18

      1.  The Byproduct Solution of *Bixa Orellana* Seed
         Components Element............................................................ 18

i

2. The Volatilizing a Solvent ("Converting a Solvent to a Gas") Element ................................................. 20

3. The Alcohol Solvent Element of Claim 5 ............................ 22

4. BGG China and BGG North America's sales activities under §271(g) ..................................................... 23

B. Jiangsu Xixin's Making and BGG's Import and Sales to Kyäni ................. 23

1. The Byproduct Solution of *Bixa Orellana* Seed Components Element ............................................... 23

2. The Volatilizing a Solvent ("Converting a Solvent to a Gas") Element ................................................. 25

3. The Alcohol Solvent Element of Claim 5 ............................ 29

4. BGG North America's Offers for Sale / Sales to Kyäni under §271(g) ................................................. 30

CONCLUSION .......................................................... 30

# TABLE OF AUTHORITIES

**Cases**

*Anderson v. Liberty Lobby, Inc.*,
   477 U.S. 242 (1986)................................................................................15

*Aqua-Lung Am., Inc. v. Am. Underwater Prods.*,
  709 F. Supp. 2d 773 (N.D. Cal. 2010) ...........................................16, 17

*Barmag Barmer Maschinenfabrik AG. v. Murata Machinery, Ltd.*,
  731 F.2d 831 (Fed. Cir. 1984) .............................................................16

*Bayer AG v. Housey Pharmaceuticals, Inc.*,
  340 F.3d 1367 (Fed. Cir. 2003) ...........................................................18

*Bos. Sci. Corp. v. Johnson & Johnson*,
  534 F. Supp. 2d 1062 (N.D. Cal. 2007)...........................................16, 17

*Celotex Corp. v. Catrett*,
  477 U.S. 317 (1986).........................................................................15, 16

*CNET Networks, Inc. v. Etilize, Inc.*,
  528 F. Supp. 2d 985 (N.D. Cal. 2007).............................15, 16, 17, 18

*D.M.I. Inc. v. Deere & Co.*,
  755 F.2d 1570 (Fed. Cir. 1985) ...........................................................17

*Deering Precision Instruments, L.L.C. v. Vector Distrib. Sys., Inc.*,
  347 F.3d 1314 (Fed. Cir. 2003) ...........................................................16

*Designing Health, Inc. v. Erasmus*,
  2002 U.S. Dist. LEXIS 27790 (C.D. Cal. Feb. 25, 2002) ...........15, 17, 18, 23, 30

*Gasaway v. Northwestern Mut. Life Ins.*,
  26 F.3d 957 (9th Cir. 1994) .................................................................16

iii

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*In re Hayes Microcomputer Prod., Inc. Patent Litig.*,
   982 F.2d 1527 (Fed. Cir. 1992) ........................................................................16

*Linear Technology Corp. v. Micrel, Inc.*,
   275 F.3d 1040 (Fed. Cir. 2001) .......................................................18, 23, 30

*Loctite Corp. v. Ultraseal Ltd.*,
   781 F.2d 861 (Fed. Cir. 1985) ..........................................................................16

*Magnesystems, Inc. v. Nikken, Inc.*,
   1994 U.S. Dist. LEXIS 20182 (C.D. Cal. June 13, 1994) ...................................16

*Moeller v. Ionetics, Inc.*,
   794 F.2d 653 (Fed. Cir. 1986) ..........................................................................16

*Smith & Nephew, Inc. v. Ethicon, Inc*.,
   276 F.3d 1304 (Fed. Cir. 2001) ........................................................................17

*TechSearch, L.L.C. v. Intel Corp.*,
   286 F.2d 1360 (Fed. Cir. 2002) ........................................................................17

*Townsend Eng'g Co. v. HiTec Co.*,
   829 F.2d 1086 (Fed. Cir. 1987) ........................................................................16

*Vivid Techs., Inc. v. Am. Sci. & Eng'g, Inc.*,
   200 F.3d 795 (Fed. Cir. 1999) ..........................................................................17

**Statutes**

35 U.S.C. § 271 .............................................................................17, 18, 23, 30

35 U.S.C. § 286 ...............................................................................................23

iv

**Rules**

Fed. R. Civ. P. 56.................................................................................................15, 16

v

American River Nutrition, LLC ("ARN"), pursuant to Federal Rule 56(a), L.R. 56-1 and Dkt. 140, moves for summary judgment against Beijing Gingko Group Biological Technology Co., Ltd. ("BGG China"), Jinke Group USA Inc. ("BGG North America"), Jiangsu Xixin Vitamin Co., Ltd. ("Jiangsu Xixin"), and Kyäni, Inc. ("Kyäni")(all four "Defendants")(BGG China and BGG North America both "BGG") for infringement of U.S. Patent No. 6,350,453 ("the '453 Patent").

## I.  THE PATENT-IN-SUIT AND CONSTRUED CLAIMS 1 AND 5

Issued on February 26, 2002, the '453 Patent entitled "Tocotrienols and Geranylgeraniol from *Bixa Orellana* Byproducts," was co-invented by Dr. Barrie Tan ("Dr. Tan") and John Foley.  SOF 1.  Prior to its May 24, 2000 filing (and the May 24, 1999 provisional application No. 60/135,464 upon which it seeks priority), tocopherols and tocotrienols (from the Vitamin E family) were sourced from "vegetable oils, such as rice bran [and] palm oils." SOF 2-3.  "[T]ocotrienols are believed to be useful in the treatment of cardiovascular disease and cancer" including "apoptosis of breast cancer cells." SOF 4-5. *Delta-* and *gamma*-tocotrienols have been identified as suppressants of cholesterol activity. SOF 5. Palm and rice bran sources include both tocotrienols and tocopherols (which due to their "structural similarity [ ]can be difficult to separate" from one another), but tocopherol is known "to attenuate certain effects of tocotrienols, such as the cholesterol suppressive activity of *gamma*-tocotrienol." SOF 6-7. Geranylgeraniol ("GG") improves "synthesis of co-enzyme $Q_{10}$, vitamin K and tocotrienols", and helps treat both prostate cancer and elevated cholesterol.  SOF 8.  Prior to the '453 Patent, a "need exist[ed] to find a method for recovery of *delta-* and *gamma*-tocotrienols and of geranylgeraniol" free from tocopherols. SOF 9.

GG and tocotrienols were discovered in *Bixa orellana* seeds. SOF 10-11. "Grown commercially", the "seeds of *Bixa orellana*" traditionally were used to obtain a "reddish-orange colorant, known as annatto, that contains bixin [ ] carotenoid pigments [ ] used [ ] in foods, dyes and polishes." SOF 12. With the

1

bixin pigment used for commercial colorant, the remaining oil "annatto precipitate
was discarded as byproducts" – *i.e.,* a discarded side-stream waste. SOF 13.

Defendants' expert, Sean O'Keefe ("O'Keefe"), testified how Dr. Tan (and
his colleagues) pioneered rice bran, palm and annatto oils as tocotrienol sources.
SOF 23. O'Keefe recognized various scientific literature noting that annatto
tocotrienol provides the highest source of *delta*-tocotrienol and offers potential
anti-cancer and improved cardiovascular benefits compared to palm and rice bran.
SOF 24-26. ████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████. SOF 27-28. ████████████████████████████. SOF 29.

Dr Tan and Foley "discovered that byproduct solutions of *Bixa orellana* seed
components contain tocotrienols, including *delta-* and *gamma*-tocotrienols and
geranylgeraniol" with 10-20% tocotrienols and GG between 25-80% by weight of
this side-stream waste. SOF 14. The 453 Patent teaches a "method of forming a
tocotrienol composition by volatizing a solvent [ ] from a byproduct solution of
*Bixa orellana* seeds components" where such byproduct (alternatively referred to
in the '453 Patent as "annatto oil") has "a concentration of colorant significantly
reduced from that of *Bixa orellana* seeds themselves." SOF 15. Such "byproduct
solution" "is obtained as an oily material after removing the bulk of annatto color
[and] contains a tocotrienol [ ] and a geranylgeraniol component[.]" SOF 16.

"The method includes volatilizing solvent from a byproduct solution of *Bixa
orellana* seed components to form a tocotrienol composition." *Id.* Figure 1 depicts
apparatus **10**, and specifically how the "[b]yproduct solution of *Bixa orellana* seed
components is directed from byproduct solution source **12** through line **14** to [a
glass] evaporator **16**." SOF 17. "Solvent [ ] is volatilized from byproduct solution
in evaporator **16** at a temperature and pressure sufficient to reduce the solvent
content[.]" SOF 18. "Solvent volatilized from evaporator **16** is removed through
conduit **18** and can be collected for [ ] a subsequent extraction[.]" SOF 19

2

"Volatilization of solvent from the byproduct solution forms a tocotrienol composition in evaporator **16**."  SOF 20.

For purposes of this motion for summary judgment of infringement, claims 1 and 5 of the '453 Patent, along with their claim construction, are shown below:

| Claim No. | Claim Language (Construed Terms Highlighted) | Claim Construction (Dkt. 92) |
|---|---|---|
| 1 | A method of forming a tocotrienol composition, comprising the step of **volatilizing a solvent** from a **byproduct solution of _Bixa orellana_ seed components** to form thereby said tocotrienol composition. | **Volatilizing a Solvent:** "converting a solvent to a gas" <br><br> **Byproduct Solution of _Bixa Orellana_ Seed Components:** "a solution derived from _Bixa orellana_ seed components having a concentration of annatto colorant significantly reduced from that of _Bixa orellana_ seeds themselves and containing a tocotrienol component and a geranylgeraniol component, which solution is obtained as an oily material after removing the bulk of annatto color from the seeds." |
| 5 | The method of claim **1**, wherein the solvent includes an alcohol. | |

## II.   FACTUAL BACKGROUND

### A. **BGG's Sales of Annatto Tocotrienols to** ███████████

1.  BGG China, its Subsidiary BGG North America, and ███████

BGG China makes dietary supplement ingredients. SOF 30. ████████

████████████████████████████████████████████ SOF 31-36.

████████████████████████████████████████████

███████████████. SOF 37-38.

████████████████████████████████████████████

████████████████████████████████████████████

SOF 36, 39-40. ███████████████

3



1

2

3 ███ SOF 65.

4 ███ SOF 66-67.

5

6

7

8 ███ SOF 68-71. ███

9 ███ SOF 72. ███

10

11

12 ███ SOF 73-74. ███

13

14 ███ SOF 81-85. ███

15

16 ███ SOF 75. ███

17

18 ███ SOF 76. ███

19 ███ SOF 77-80.

20

21

22

23 ███ SOF 87-89. ███

24 ███ SOF 90-92.

25

26

27 ███ SOF 93. ███

28

5

1  ██████████████████████████████████████. SOF 94. ██████████

2  ████████████████████████████████ SOF 95.

3  ████████████████████████████████████████████████████████

4  ████████████████████████████████████████████████████████

5  ████████████████████████████████████████████████████████

6  ██████████████████████████████████████████████. SOF 96-

7  97. ███████████████████████████████████████████████████

8  ████████████████████████████. SOF 98-99. █████████████████

9  ██████████████████████████████████ SOF 100.

10 ████████████████████████████████████████████████████████

11 ████████████████████████████████████████████████████████

12 █████████████. SOF 101-104. █████████████████████████████

13 ████████████████████████████████████████████████████████

14 ████████████████████████████████████████████████████████

15 ████████████████████████████████████████████████████████

16 ████████████████████████████████████████. SOF 105-107.

17 ███████████████████████████████████████████████████

18 ████████████████████████████████████████████████████████

19 ████████████████████████████████████████████████████████

20 ████████████████████████████████████████████████████████

21 █████████████████████████████████████████████. SOF 108. ██

22 ████████████████████████████████████████████████████████

23 ████████████████████████████████████████████████████████

24 SOF 109. ████████████████████████████████████████████████

25 ██████████████████████ SOF 110. ████████████████████████

26 ████████████████████████████ SOF 111-112. ███████████████

27 ████████████████████████████████████████████████████████

28 SOF 113. ████████████████████████████████████████████████

1
2
3 ██████████████ SOF 114-115.
4
5
6 ██████████████. SOF 116-117.
7
8 ██████████████. SOF 118. ██████
9
10 ████ SOF 119.
11
12
13 ██████ SOF 120.
14 ████████. SOF 121. ██████
15
16 SOF 122.
17
18 ██████████████████. SOF 123.
19
20 ██████ SOF 124-125. ██████
21 ████████████████ SOF 126.
22
23 ██████ SOF 127. ██████
24 ████████████████ SOF 128.
25
26 ██████████ SOF 129.
27
28 SOF 130.

7



1   ████████████████████████████████████████████████ SOF

2   153. ████████████████████████████████████████████████████

3   ████████████████████████████████████████████████████████

4   ████████████████████████████ SOF 154-156. ██████████████████

5   ████████████████████████████████████████████████████████

6   ████████████████████████████████████████ SOF  157-160. ██████

7   ████████████████████████████████████████████████████████

8   ████████████████████████████████████████████ SOF 161. ████████

9   ████████████████████████████████████████████████████████

10  ████████████████████████████████████████████ SOF 162. ████████

11  ████████████████████████████████████████████████████████

12  ████████████████████████████████████████████████████████

13  ████████████████████████████████████████████████████ SOF

14  163. ████████████████████████████████████████████████████████

15  ██████████████ SOF 150. ████████████████████████████████████

16  ████████████████████████████████ SOF 85, 164. ████████████████

17  ████████████████████████████████████████████████████████

18  ████████████████████ SOF 165-166. ████████████████████████████

19  ████████████████████████████████████████████████████████

20  ████████████████████████████████████████████ SOF 167.

21  **B. BGG's Sales of Annatto Tocotrienols for Kyäni Sunset** ████████

22          1. Overview of Kyäni and Dr. Tan's Formulation of Kyäni Sunset.

23      Kyäni is an Idaho multi-level network marketing company founded in April

24  2005 to sell health and wellness products. SOF 168-170. Kyäni translated means

25  "strong medicine." SOF 171. ██████████████████████████████████

26  ████████████████████████████████████████████████████ SOF

27  172-174. ████████████████████████████████████████████████████

28  ████████████████████████████████ SOF 175-176. ████████████████

1　██████████████████████████████████████████

2　███████████████████████████████ SOF 177-179.

3　　███████████████████████████████████████

4　███████████████████████ SOF  180-182. ██████████

5　██████████████████████████████████████████

6　██ ███ ██ ███ ████ ██ ███ ██ ████ ██ ██ ███ ███

7　████████████ SOF 183. █████████████████████████

8　██████████████████████████████ SOF 184-186.

9　　████████████████████████████████████████

10　█████████████████████████████████████████

11　████████████████████████████ SOF 187. ████████

12　█████████████████████████████████████████

13　█████████████████████████████████████████

14　██████████ ██████ ████████ SOF  188-189. ████████

15　█████████████████████████████████████████

16　█████████ ████████████████ SOF 190-191. ████████

17　█████████████████████████████████████████

18　███ █████ █████ ███████ SOF  192-193. ████ ████ ██

19　█████████████████████████████████████████

20　█████████████████████████████████████████

21　████████████████████████████████ SOF 194-196.

22　　████████████████████████████████████████

23　SOF 197. ██████████████████████████████████████

24　█████████████████████████████████████████

25　██████████████████████████ SOF 198-199. ████████

26　███████████████████████████████████ SOF  200. ██

27　█████████████████████████████████████████

28　█████████████████████████████████ SOF 201.

1          2. <u>Kyäni's Initial Discussions with BGG regarding the '453 Patent.</u>



SOF 202.

SOF 203.

SOF 204-205.

SOF 206.

SOF 207.

(SOF 131-133),

(SOF 111-112);

(SOF 140),

(SOF 41-43)

SOF 208.

SOF 209.

SOF 210.

11



1                 . SOF 211-212.

4   SOF 213.                         SOF 214-215.

5        3.  <u>The Nankou Factory Shutdown and Joint Venture with Jiangsu Xixin.</u>

6                         SOF

7   216.

8                   SOF 217.

10                       SOF

11   218.

13            SOF 219-220.

14               SOF 221.

16          SOF 222-223.

19     SOF 224-225.

20      SOF 226.

21        SOF 227.

23              SOF 228.

27         SOF 229-230.

28                     SOF

1   231-232. ██████████████████████████████████████████

2   ████████████████ SOF 233. ██████████████████████

3   ████████████████████████████████████ SOF 234.

4   ██████████████████████████████████ SOF 235. ███

5   ████████████████████████████████████████████████

6   ████████████████████████████████ SOF 236-237.

7          4.  <u>Byproduct Solution Purchased for Jiangsi Xixin and Process Flow Charts</u>

8      ████████████████████████████████████████████

9   ████████████████████████████████████████████████

10  ██████████████ SOF 238. ████████████████████████

11  ████████████████████████████████████████████████

12  ███ ███ ████ ███ █████ █ ██ ███████ ██ ██████ ███ █

13  ████████████████████████████████████████████████

14  ████████████████████████████████████████████████

15  ████████████████████████ SOF 239. ███████████████

16  ████████████████████████████████████████████████

17  ████████████████████████████████████████████████

18  ████████████████████████████████████████████████

19  ████████████████████████████████████████████████

20  ████████████████████████ SOF 240. ███████████████

21  ████████████████████████████████████████████████

22  ██████████████████████████████████████ SOF 241.

23     ██████████████████████████████████████████████

24  ████████████████████████████████ (SOF 440-441), ███

25  ████████████████████████████████████████████████

26  ████████████████████████████████████████████████

27  ██████████████████ SOF 242. █████████████████████

28

13



1

2        SOF 243-244.

3

4    SOF 245-246.

5      SOF 247-

6 248.

7

8      SOF

9 249-251.

10

11

12     SOF 252-257.

13

14

15

16 SOF 258-263.

17

18   SOF 260, 264-268.

19

20

21

22   SOF 269-276.

23   SOF 249, 257, 277-278.

24

25    SOF 279.

26

27    SOF 242, 280-282.

28

14

SOF 283-290.

SOF 291-302, 308.

SOF 295, 303-305.

SOF 242, 300-301, 306-310.

SOF 311.

SOF 312.

## III.    LEGAL AUTHORITY

Summary judgment should be granted if the pleadings, discovery, and affidavits show there is "no genuine issue as to any material fact and that the moving party is entitled to judgment as a matter of law." *CNET Networks, Inc. v. Etilize, Inc.*, 528 F. Supp. 2d 985, 989 (N.D. Cal. 2007) (quoting Fed. R. Civ. P. 56(c)); *Designing Health, Inc. v. Erasmus*, 2002 U.S. Dist. LEXIS 27790, at \*26-27 (C.D. Cal. Feb. 25, 2002). "A dispute as to a material fact is genuine if there is a sufficient evidence for a reasonable jury to return a verdict for the nomoving party." *CNET Networks*, 528 F. Supp. 2d at 989 (citing *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 248, (1986)). "The party moving for summary judgment bears the burden of identifying those portions of the pleadings, discovery, and affidavits that demonstrate the absence of a genuine issue of material fact." *CNET Networks, Inc.*, 528 F. Supp. 2d at 989 (citing *Celotex Corp. v. Catrett*, 477 U.S. 317, 323 (1986)). "If the moving party meets its initial burden, it then shifts to the non-moving party to present specific facts showing that there is a genuine issue of material fact for trial." *Aqua-Lung Am., Inc. v. Am. Underwater Prods.*, 709 F.

15

Supp. 2d 773, 777-78 (N.D. Cal. 2010) (citing Fed. R. Civ. P. 56(e); citing *Celotex Corp.*, 477 U.S. at 324). "Mere allegations or denials do not defeat a moving party's allegations." *CNET Networks*, 528 F. Supp. 2d at 989 (citing Fed. R. Civ. P. 56(e); *Gasaway v. Northwestern Mut. Life Ins.*, 26 F.3d 957, 960 (9th Cir. 1994)).

"The standard for summary judgment in a patent case is no different[.]" *Magnesystems, Inc. v. Nikken, Inc.*, 1994 U.S. Dist. LEXIS 20182, at *8 (C.D. Cal. June 13, 1994)(citing *Barmag Barmer Maschinenfabrik AG. v. Murata Machinery, Ltd.*, 731 F.2d 831 (Fed. Cir. 1984); citing *Townsend Eng'g Co. v. HiTec Co.*, 829 F.2d 1086, 1089 (Fed. Cir. 1987)). Summary judgment can be used to determine infringement with the plaintiff bearing the burden of proof. *See Magnesystems, Inc.*, 1994 U.S. Dist. LEXIS 20182, at *9 (citing *In re Hayes Microcomputer Prod., Inc. Patent Litig.*, 982 F.2d 1527, 1541 (Fed. Cir. 1992)); see also *Bos. Sci. Corp. v. Johnson & Johnson*, 534 F. Supp. 2d 1062, 1068 (N.D. Cal. 2007).

"Determination of infringement is a two-step process." *Magnesystems, Inc.*, 1994 U.S. Dist. LEXIS 20182, at *9. "The first step is interpretation of the claim to ascertain its scope." *Id.* (citing *Loctite Corp. v. Ultraseal Ltd.*, 781 F.2d 861, 866 (Fed. Cir. 1985)).  The first step is a question of law, which the court completes with the claim construction order. *See Aqua-Lung Am., Inc.*, 709 F. Supp. 2d at 778. "The second step is comparison of the interpreted claims to the alleged infringing device." *Magnesystems, Inc.*, 1994 U.S. Dist. LEXIS 20182, at *9 (citing *Moeller v. Ionetics, Inc.*, 794 F.2d 653, 656 (Fed. Cir. 1986)).  To find summary judgement of infringement, the patent holder must show by a preponderance of the evidence, that the undisputed facts establish that the accused method meets each claim limitation. *See Magnesystems, Inc.*, 1994 U.S. Dist. LEXIS 20182, at *9; *see also Aqua-Lung Am., Inc.*, 709 F. Supp. 2d at 778 (citing *Deering Precision Instruments, L.L.C. v. Vector Distrib. Sys., Inc.*, 347 F.3d 1314, 1324 (Fed. Cir. 2003)). "To establish literal infringement, all of the elements of the

16

claim, as correctly construed, must be present in the accused system." *Aqua-Lung Am., Inc.*, 709 F. Supp. 2d at 778 (citing *TechSearch, L.L.C. v. Intel Corp.*, 286 F.2d 1360, 1371 (Fed. Cir. 2002)). "Although the determination of patent infringement is a fact-intensive process, comparison of a properly interpreted claim with a stipulated or uncontested description of an accused device of process would reflect such an absence of material fact issue as to warrant summary judgment of infringement". *Bos. Sci. Corp.*, 534 F. Supp. 2d at 1068 (quoting *D.M.I. Inc. v. Deere & Co.*, 755 F.2d 1570, 1573 (Fed. Cir. 1985)).

"Section 271(g) [ ] sets forth a basis for infringement [ ] where the patented process is used abroad, but where the product made by the patented process is imported, sold or used within the United States." *CNET Networks*, 528 F. Supp. 2d at 992. "Within the context of method patent claims, 35 U.S.C. § 271(g) defines a form of direct infringement." *Designing Health, Inc.*, 2002 U.S. Dist. LEXIS 27790, at *30. "If a product is created through a method identical to that claimed in a valid patent, but the product fails to meet one of the goals highlighted in the specifications [ ] of the patent, it still infringes." *Bos. Sci.*, 534 F. Supp. 2d at 1075.

"Infringement arises when all of the steps of a claimed method are performed, whether or not the infringer also performs additional steps." *Smith & Nephew, Inc. v. Ethicon, Inc.*, 276 F.3d 1304, 1311 (Fed. Cir. 2001); *see also Vivid Techs., Inc. v. Am. Sci. & Eng'g, Inc.*, 200 F.3d 795, 811 (Fed. Cir. 1999) (additional steps beyond to those in the claim does not avoid infringement).

Section 271(g) states: "Whoever without authority imports into the United States or offers to sell, sells, or uses within the United States a product which is made by a process patented in the United States shall be liable as an infringer, if the importation, offer to sell, sale, or use of the product occurs during the term of such process patent." 35 U.S.C. § 271(g). "The Federal Circuit has interpreted the term 'made' as used in section 271(g) to mean 'manufactured' and the term 'product' to mean a 'physical article.'" *CNET Networks, Inc.*, 528 F. Supp. 2d at

992 (citing *Bayer AG v. Housey Pharmaceuticals, Inc.*, 340 F.3d 1367, 1377 (Fed. Cir. 2003). In the instant case, there is no question that the patented process is directly used as a method to manufacture a physical and tangible product – annatto tocotrienol. *See CNET Networks, Inc.*, 528 F. Supp. 2d at 993-94 (denoting the product being imported to the U.S. was manufactured using the patented process).

"As section 271(g) makes clear, a method patent may be infringed by using, selling or offering to sell [or importing] products made by a process patented in the United States." *Designing Health, Inc.*, 2002 U.S. Dist. LEXIS 27790, at *31 (citing 35 U.S.C. § 271(g)). As such, what specifically constitutes "selling" and "offering to sell" are important inquiries in the infringement analysis under § 271(g). *See Designing Health, Inc.*, 2002 U.S. Dist. LEXIS 27790, at *34. This District has held that "selling" requires an offer, an acceptance, and consideration. *See id.* at *35 (citing *Linear Technology Corp. v. Micrel, Inc.*, 275 F.3d 1040 (Fed. Cir. 2001)).  This District also follows the Federal Circuit's analysis in *Linear Technology* that "offering to sell" requires "the manifestation of willingness to enter into a bargain, so made as to justify another person in understanding that his assent to that bargain is invited and will conclude it." *Designing Health, Inc.*, 2002 U.S. Dist. LEXIS 27790, at *40 (quoting *Linear Tech.*, 275 F.3d at 1050).

## IV.   INFRINGEMENT OF CLAIMS 1 AND 5 OF THE '453 PATENT

### A. Import, Offer for Sale, and Sale by BGG for ██████████

Infringement during this period ██████████ is specific only to BGG China and BGG North America (and does not include Jiangsu Xixin or Kyäni):

#### 1.  The Byproduct Solution of *Bixa Orellana* Seed Components Element

Under the Court's construction, a "byproduct solution" must be (a) derived from *Bixa orellana* seed components, (b) have a concentration of annatto colorant significantly reduced from that of *Bixa orellana* seeds themselves, (c) obtained as an oily material after removing the bulk of annatto color from the seeds, and (d) contain both a tocotrienol component and a geranylgeraniol component. ██████

18



1

2 SOF 15.

3 SOF 313.

4

5

6 SOF 141.

7

8 SOF 314-317.

9

10 SOF 318-322.

11

12

13 SOF 323-328.

14 SOF  329-333.

15 SOF 334.

16

17 SOF  111-112.

18

19

20 SOF

21 335.

22 SOF 336.

23

24

25 SOF 315,

26 337-339.

27 SOF 340-343.

28

19

SOF 315.

SOF 337, 344-345.

SOF 346-347.

(SOF 348),

2.  The Volatilizing a Solvent ("Converting a Solvent to a Gas") Element

In addition to the "byproduct solution of *Bixa Orellana* seed components" element, to infringe Claim 1, BGG China's process to make annatto tocotrienols as a component of ▮▮▮▮▮ must also volatilize the solvent (under Court's Claim Construction convert the solvent from liquid to gas).

(SOF 321-328)

(SOF 330-333)

SOF 349-350.

SOF 351.

(SOF 352):

1

2   SOF 353.

3   SOF 354-355.

4

5   SOF 39-

6   40.

7

8   (SOF 43):

9

10

11

12

13

14

15

16

17   (SOF 101-107)

18

19

20

21

22   (SOF 356-361):

23

24

25

26

27

28

1

2

3        SOF

4 362-365.

5

6        SOF 362.

7

8

9

10

11        SOF 36.

12       3.  The Alcohol Solvent Element of Claim 5

13       To meet Claim 5, "the solvent [of Claim 1] includes an alcohol." A common

14 chemical solvent, ethanol is a simple alcohol. SOF 367.

15

16        SOF 368.

17

18

19

20 SOF 135-136, 332.

21       SOF 143, 156.

22

23

24       SOF 324-326, 369-372.

25       (SOF 373)

26

27

28

4.  <u>BGG China and BGG North America's sales activities under §271(g)</u>

███████████████████████████████████████████████████

████████████████████████████████████████████████████

███████████████████████████ SOF 167. ████████████████████

████████████████████████████████████████████████████

██████████████████████████████████ (SOF 356-361)

████████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████ SOF 321, 324, 360. ████████████████

(SOF 150) ████████████████████████████████████████

██████████████ (SOF 161) ████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████████████████████████ ███

████████████████████████████████████████████████████

████ (SOF 150), ████████████ (SOF 161), ████████████ (SOF

167) ███████████████████████████

**B.  <u>Jiangsu Xixin's Making and BGG's Import and Sales to Kyäni</u>**

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████████████████████████

█████████████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████████████████████████

█████████████████████████████████████████████████

████████████████████████████████████████████████

23

1   ████████████████████████████  SOF 239.  ████████████

2   ███████████████████████████████████████████████████

3   ███████████████████████████████████████████████████

4   ███████████████████████████████  SOF 240.  ██████████

5   ███████████████████████████████████████████████████

6   █████████████████████████████████████████  SOF 374.

7   ██████████████████████  (SOF 349)  ██████████████████

8   ███████████████████████████████████████████████████

9   ███████████████████████████████████████████████████

10  ███████████████████████████████████████████████████

11  ██████████████████████████████  SOF 375-376.  ████████

12  ████████████████████████████████████████████  (SOF

13  440)  ██████████████████████████████████████████████

14  ██████████████████████████████████  SOF 266, 376-

15  377.  ███████████████████████████████████████████████

16  ████████████████████████████  SOF 378-379.  ██████████

17  ███████████████████████████████████████████████████

18  ██████  SOF 287, 380-381.  ███████████████████████████

19  ███████████████████████████████████████████████████

20  █████████████████████████████████  SOF 382.  ██████████

21  ███████████████████████████████████████████████████

22  ███████████████████████████████████████████████████

23  ███████████████████████████████████████████████████

24  ████████████████████████████████████████  SOF 375.

25  ███████████████████████████████████████████████████

26  ████████████████████████████████  SOF 383.  ██████████

27  ███████████████████████████████████████████████████

28  ████████████████████████  SOF 240.  █████████████████

24

1

2 . SOF 336.

3

4

5

6

7 SOF 315, 337-339.

8 SOF  384-385.

9 SOF 384.

10

11

12 SOF 315.

13

14 SOF 346-347.

15 SOF 344-345.

16

17 (SOF  387)  -

18

19      2. <u>The Volatilizing a Solvent ("Converting a Solvent to a Gas") Element</u>

20

21

22

23

24

25

26

27 SOF 388.

28

1

2

3

4 SOF 350, 389-391.

5 SOF 392.

6

7

8

9

10 (SOF 303-396)

11

12

13

14

15

16

17

18

19

20 SOF 397.

21

22

23 SOF 398.

24

25

26 SOF 399.

27

28

1

2 ███████████████ SOF 400. █████████████████████

3

4 (SOF 401):



12

13

14

15

16 ███████████████ SOF 402-403. ████████████

17

18 ██████████████████████████████ SOF 404-407.

19

20

21

22

23

24

25

26

27

28

27



SOF 266-279.

SOF 408.

SOF 409.

SOF 410.

(SOF 411-412):



29

1   ███████ SOF 296, 368. ████████████████████████ SOF

2   260. █████████████████████████████████████████

3   ███████████████████████████████████████████

4   █████████ SOF 390-394. ██████████████████████

5   █████████████ SOF 395. ███████████████████████

6   ███████████████████████████████████████████

7   █████████ SOF 417, 420, 423-427. ██████████████

8   ████████████████████ (SOF 434) – ███████████████

9   ███████████████████████████████████████████

10      4.  <u>BGG North America's Offers for Sale / Sales to Kyäni under §271(g)</u>

11   █████████████████████████ (SOF 255) ███████████

12   ██████ (SOF 228-237), ████████████████████████

13   █████████████████ (SOF 443, 445). ████████████

14   ███████████████████████████████████████████

15   ██████████ (SOF 258), ███████████ (SOF 261-263, 286, 288)

16   ████████████ (SOF 285-286). ██████████████████

17   ███████████████████████████████████████████

18   ███████████████████████████████████████████

19   ███████ SOF 242, 250, 272, 435. ████████████████

20   ████████████████ (SOF 440-441) ████████████████

21   ███████████████████████████████████████████

22   ███████████████ (SOF 312) ████████████████████

23   ██████████ (SOF 437-446) ████████████████████

24   ███████████████████████████████████████████

25   ███████████ (SOF 177-179, 447) █████████████████

26   **V.   CONCLUSION**

27        ARN requests this Court award summary judgment of infringement under 35

28   U.S.C. § 271(g) as to Claims 1 and 5 of the '453 Patent against all Defendants.

DATED:  May 14, 2021

By: */s/ Robert H. Thornburg*

Robert H. Thornburg (*admitted pro hac vice*)
E-mail: rthornburg@allendyer.com
ALLEN DYER DOPPELT + GILCHRIST PA
1221 Brickell Ave., Suite 2400
Miami, Florida 33131
Telephone: (305) 374-8303
Facsimile:   (305) 374-8306

Attorneys for Plaintiff

AMERICAN RIVER NUTRITION LLC

31