ALLEN DYER DOPPELT & GILCHRIST PA
Robert H. Thornburg (*admitted pro hac vice*)
    E-mail: rthornburg@allendyer.com
1221 Brickell Ave., Suite 2400
Miami, Florida 33131
Telephone:  (305) 374-8303
Facsimile:   (305) 374-8306

Ryan T. Santurri (*admitted pro hac vice*)
    E-mail:  rsanturri@allendyer.com
255 S. Orange Avenue, Suite 1401
Orlando, Florida 32801
Telephone: (407) 841-2330
Facsimile: (407) 841-2343

Attorneys for Plaintiff
AMERICAN RIVER NUTRITION LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN RIVER NUTRITION, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>BEIJING GINGKO GROUP BIOLOGICAL TECHNOLOGY CO., LTD., et al.,<br><br>    Defendants. | Case No: 8:18-cv-02201-FLA (JDEx)<br><br>**SEPARATELY BOUND VOLUME OF EXHIBITS S - DD TO THE DECLARATION OF ROBERT H. THORNBURG IN SUPPORT OF PLAINTIFF'S REPLY MEMORANDUM IN FURTHER SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANTS FOR INFRINGEMENT OF THE PATENT-IN-SUIT (U.S. PATENT NO. 6,350,453 B1) UNDER 35 U.S.C. § 271(G) AS TO CLAIMS 1 AND 5**<br><br>**Hearing Date**: July 2, 2021<br>**Time**:        1:30 P.M.<br>**Location**:   350 W. 1st Street<br>               Los Angeles, CA 90012<br>**Courtroom**:  6B (6th Floor)<br><br>**Hon.**:  Fernando L. Aenlle-Rocha |

# TABLE OF CONTENTS

**Declaration of Robert H. Thornburg**

**Exhibit S** – ARN's Objections and Supplemental/Corrected Answers to Defendants' Second Set of Interrogatories (Nos. 13-21).

**Exhibit T** – Excerpts of the testimony of Geoff Belnap's August 12, 2020 Deposition.

**Exhibit U** – Excerpts of the testimony of Chunhua Li's November 10-12, 2020 Deposition.

**Exhibit V** – Excerpts of the testimony of Lixin Ding's September 14, 2020 Deposition.

**Exhibit W** – Excerpts of the testimony of Christopher S. Holland's July 10, 2020 Deposition.

**Exhibit X** – Excerpts of the testimony of Joseph A. Huff's August 10, 2020 Deposition, along with the following deposition exhibit referenced in said excerpts: 181.

**Exhibit Y** – Excerpts of the testimony of Eric Myrup's October 21, 2020 Deposition.

**Exhibit Z** – Excerpts of the testimony of Sean F. O'Keefe's February 15, 2021 Deposition, along with the following deposition exhibits referenced in said excerpts: 8. 17, and 20.

**Exhibit AA** – Excerpts of the testimony of David A. Rockstraw's February 4, 2021 Deposition.

**Exhibit BB** – Excerpts of the testimony of Jeremy J. Stephens' August 17, 2020 Deposition.

**Exhibit CC** – Excerpts of the testimony of Dr. Barrie Tan's July 24-25, 2019 Deposition.

**Exhibit DD** – Excerpts of the testimony of Yanmei Li's November 5-7, 2020 Deposition, along with the following deposition exhibits referenced in said

- 3 -

1 | excerpts: 25 and 26.