UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SA CV 18-02201-FLA (JDEx) | Date | December 17, 2021 |
| Title | American River Nutrition, LLC v. Beijing Gingko Group Biological Technology, Co., Ltd, et al. | | |

| Present: The Honorable | FERNANDO L. AENLLE-ROCHA |
|---|---|
| | UNITED STATES DISTRICT JUDGE |

| Twyla Freeman | Miranda Algorri |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Marcus Chaney | Bryan C. Nese |
| Robert Thornburg | Gary Hnath |
| Ryan Santurri | Graham Buccigross |
| | Ryan Babcock |

**Proceedings:** **PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANTS FOR INFRINGEMENT OF THE PATENT-IN-SUIT (U.S. PATENT NO. 6,350,453 b1) UNDER 35 U.S.C. SECTION 271(G) AS TO CLAIMS 1 AND 5 (DKT. 172) (DKT. 213)**
**DEFENDANT'S MOTION IN SUPPORT OF SUMMARY JUDGMENT OF NO WILLFUL INFRINGEMENT AND NO INDUCED INFRINGEMENT (DKT. 176)**

The hearing is held. The court invites the parties to respond to the tentative ruling. Following discussions with counsel, the motion is taken under submission and a written order will issue.

| | 01 | : | 39 |
|---|---|---|---|
| Initials of Preparer | tf | | |