Robert H. Thornburg (*admitted pro hac vice*)
E-mail: rthornburg@allendyer.com
ALLEN DYER DOPPELT + GILCHRIST PA
1221 Brickell Ave., Suite 2400
Miami, Florida 33131
Telephone:   (305) 374-8303
Facsimile:   (305) 374-8306

Attorneys for Plaintiff/Counter Defendant
AMERICAN RIVER NUTRITION, LLC

GARY M. HNATH (*admitted pro hac vice*)
ghnath@mayerbrown.com
BRYAN NESE (*admitted pro hac vice*)
bnese@mayerbrown.com
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
Telephone:  (202) 263-3000
Facsimile:   (202) 263-3001

Attorneys for Defendants/Counter Claimants Beijing Gingko Group Biological Technology Co., Ltd.; Jiangsu Xixin Vitamin Co., Ltd.; Jinke Group USA Inc. d/b/a Beijing Gingko Group North America; and Kyani, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN RIVER NUTRITION, LLC, a Delaware limited liability company, <br><br>     Plaintiff/Counter Defendant, <br><br>     v. <br><br> BEIJING GINGKO GROUP BIOLOGICAL TECHNOLOGY CO., LTD, et al., <br><br>     Defendants/Counter Claimants. | Case No.: 8:18-cv-02201-FLA (JDEx) <br><br> **NOTICE OF SETTLEMENT** |

    Plaintiff/Counter Defendant American River Nutrition, LLC, through its counsel of record, and Defendants/Counter Claimants Beijing Gingko Group

- 1 -
NOTICE OF SETTLEMENT

1    Biological Technology Co., Ltd., Jiangsu Xixin Vitamin Co., Ltd., Jinke Group
2    USA Inc. d/b/a Beijing Gingko Group North America, and Kyani, Inc., through
3    their counsel of record, hereby provide notice to the Court that the parties have
4    reached a settlement to resolve the pending counterclaim of invalidity of the patent
5    in suit.

6        Pursuant to L.R. 5-4.3.4(a)(2)(i), e-filer Robert H. Thornburg hereby attests
7    that all other signatories listed, on whose behalf this notice is submitted, concur in
8    the filing's content and have authorized the filing.

9

10   DATED:  January 31, 2022        ALLEN DYER DOPPELT + GILCHRIST PA

11

12                                   By:   /s/Robert H. Thornburg
                                     Robert H. Thornburg (*pro hac vice*)
                                     E-mail: rthornburg@allendyer.com
13                                   ALLEN DYER DOPPELT + GILCHRIST PA
                                     1221 Brickell Ave., Suite 2400
14                                   Miami, Florida 33131
                                     Telephone:   (305) 374-8303
15                                   Facsimile:   (305) 374-8306

16                                   Attorneys for Plaintiff/Counter Defendant
17                                   AMERICAN RIVER NUTRITION LLC

18   DATED:  January 31, 2022        MAYER BROWN LLP

19

20                                   By:   /s/Gary M. Hnath
                                     Gary M. Hnath (admitted *pro hac vice*)
21                                   ghnath@mayerbrown.com
                                     Bryan Nese (admitted *pro hac vice*)
22                                   bnese@mayerbrown.com
                                     MAYER BROWN LLP
23                                   1999 K Street NW
                                     Washington, DC 20006
24                                   Telephone:  (202) 263-3000
                                     Facsimile:   (202) 263-3001

25                                   *Attorneys for Defendants Beijing Gingko*
26                                   *Group Biological Technology Co., Ltd.;*
                                     *Jiangsu Xixin Vitamin Co., Ltd.; Jinke*
27                                   *Group USA Inc. d/b/a Beijing Gingko Group*
                                     *North America; and Kyani, Inc.*

28